B1 (Official Form 1)(12/11)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Barsanti Woodwork Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2998621** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3838 West 51st Street**<br>**Chicago, IL**<br>ZIP Code **60632** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Barsanti Woodwork Corporation** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b></td><td><b>Exhibit B</b></td></tr>
<tr><td>

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.
</td><td>

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
   Signature of Attorney for Debtor(s)      (Date)
</td></tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                      Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Barsanti Woodwork Corporation**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X  **/s/ Thomas R. Fawkes**
Signature of Attorney for Debtor(s)

**Thomas R. Fawkes**
Printed Name of Attorney for Debtor(s)

**Freeborn & Peters LLP**
Firm Name

**311 South Wacker Drive**
**Suite 3000**
**Chicago, IL 60606**

Address

**(312) 360-6000  Fax: (312) 360-6520**
Telephone Number

**August 26, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Paul Kelly**
Signature of Authorized Individual

**Paul Kelly**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 26, 2013**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Barsanti Woodwork Corporation**

Debtor ,

Case No. _____

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,582,955.73 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 418,499.03 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 1,160,043.12 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 3,161,497.88 | |

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Barsanti Woodwork Corporation**
_____ ,    Case No. _____
Debtor

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Barsanti Woodwork Corporation**                                          ,    Case No. _____
                                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|---|
| | | | Total > | **0.00** | |
| | | | | (Report also on Summary of Schedules) | |

__0__   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

.

In re    **Barsanti Woodwork Corporation**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                0.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Barsanti Woodwork Corporation**                                          ,    Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Barsanti Woodwork Corporation**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 0.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Barsanti Woodwork Corporation**                                          ,        Case No. _____
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **BWC Capital LLC**<br>**687 Clear Creek Drive**<br>**Osprey, FL 34229** | - | | | | | | | |
| | | | Value $                    **0.00** | | | | **1,582,955.73** | **1,582,955.73** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| __0__  continuation sheets attached | Subtotal<br>(Total of this page) | **1,582,955.73** | **1,582,955.73** |
| | Total<br>(Report on Summary of Schedules) | **1,582,955.73** | **1,582,955.73** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re   **Barsanti Woodwork Corporation**                                             Case No. _____

,

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **Barsanti Woodwork Corporation**                                              Case No. _____
                                                            ,
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Dues** | | | | | | |
| **Chicago Regional Council Carpenters 12 East Erie Street Chicago, IL 60611** | - | | | | | | **18,802.71** | **7,077.71** | **11,725.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | **7,077.71** |
| (Total of this page) | **18,802.71** | **11,725.00** |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Barsanti Woodwork Corporation**                                              Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Federal Unemployment Department of the Treasury Internal Revenue Service Cincinnati, OH 45999-0046** | - | | | | | | 2,046.02 | 0.00 | 2,046.02 |
| Account No. | | | | | | | | | |
| **IL Dept Employment Service 1700 West 18th Street Chicago, IL 60608** | - | | | | | | 70,557.96 | 58,832.96 | 11,725.00 |
| Account No. | | | | | | | | | |
| **IL Sales Tax Illinois Department of Revenue P.O. Box 19034 Springfield, IL 62794-9034** | - | | | | | | 22,147.34 | 0.00 | 22,147.34 |
| Account No. | | | **Withholding** | | | | | | |
| **Illinois Department of Revenue 100 West Randolph Street Chicago, IL 60601-8866** | - | | | | | | 108,521.00 | 0.00 | 108,521.00 |
| Account No. | | | | | | | | | |
| **Internal Revenue Service Cincinnati, OH 45202** | - | | | | | | 196,424.00 | 196,424.00 | 0.00 |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 255,256.96 | |
|---|---|---|---|
| | (Total of this page) | 399,696.32 | 144,439.36 |
| | Total | 262,334.67 | |
| | (Report on Summary of Schedules) | 418,499.03 | 156,164.36 |

B6F (Official Form 6F) (12/07)

In re    **Barsanti Woodwork Corporation**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **A-1 Sanitary Rag Company 3166 South River Road Suite 25 Des Plaines, IL 60018** | - | | | | | | | 307.83 |
| Account No. | | | | | | | | |
| **AAA Design, Inc. 2227 South St. Louis Avenue Chicago, IL 60623** | | | | | | | | 2,050.00 |
| Account No. | | | | | | | | |
| **Adelman & Gettleman 53 West Jackson Suite 1050 Chicago, IL 60604** | - | | | | | | | 4,326.60 |
| Account No. | | | | | | | | |
| **Adminstrative Retiremen 2S.545 IL Route 53 Glen Ellyn, IL 60137** | - | | | | | | | 1,550.00 |
| __19__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 8,234.43 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    S/N:26193-120815    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Barsanti Woodwork Corporation**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Advantage Glass**<br>**70 Rawls Road**<br>**Des Plaines, IL 60018** | - | | | | | | 334.05 |
| Account No.<br><br>**Aetna Plywood, Inc.**<br>**P.O. Box 774315**<br>**4315 Solution Center**<br>**Chicago, IL 60677-4003** | - | | | | | | 194.00 |
| Account No.<br><br>**Affordable Cabinets**<br>**1550 West Fullerton**<br>**Unit B**<br>**Addison, IL 60101** | - | | | | | | 3,008.00 |
| Account No.<br><br>**All Tile, Inc.**<br>**1111 Chase Grove Village**<br>**Elk Grove Village, IL 60007** | - | | | | | | 225.80 |
| Account No.<br><br>**American Funds**<br>**Finance and Accounting**<br>**P.O. Box 659530**<br>**San Antonio, TX 78265-9530** | - | | | | | | 375.00 |

| Sheet no. __1__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 4,136.85 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Barsanti Woodwork Corporation**                                ,     Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**AMSI, an Infor Company**<br>**NW 5421**<br>**P.O. Box 1450**<br>**Minneapolis, MN 55485-5421** | - | | | | | | 6,733.13 |
| Account No.<br><br>**Architectual Grille**<br>**42-Second Avenue**<br>**Brooklyn, NY 11215** | - | | | | | | 7,666.00 |
| Account No.<br><br>**Ashland Propane Inc.**<br>**16525 Vincennes Avenue**<br>**P.O. Box 1108**<br>**South Holland, IL 60473-7108** | - | | | | | | 295.51 |
| Account No.<br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | - | | | | | | 279.76 |
| Account No.<br><br>**Baer Supply / Wurth**<br>**8927 South Octavia Avenue**<br>**Bridgeview, IL 60455** | - | | | | | | 10,450.31 |

Sheet no. __2__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |  **25,424.71**

B6F (Official Form 6F) (12/07) - Cont.

In re **Barsanti Woodwork Corporation**                              ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Breaker Press Co. Inc.** **2421 South Western Avenue** **Chicago, IL 60608** | - | | | | | | 808.00 |
| Account No. | | | | | | | |
| **Bull Sharpening** **6332 West Roosevelt Road** **Oak Park, IL 60304** | - | | | | | | 530.26 |
| Account No. | | | | | | | |
| **C & H Distributors** **22133 Network Place** **Chicago, IL 60673** | - | | | | | | 1,188.30 |
| Account No. | | | | | | | |
| **Capitol Hardware Mfg. Co.** **L&P Financial Services** **P.O. Box 952092** **Saint Louis, MO 63195-2092** | - | | | | | | 877.75 |
| Account No. | | | | | | | |
| **Century Door** **1301 Landmeier Road** **Elk Grove Village, IL 60007** | - | | | | | | 1,226.40 |

Sheet no. __3__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        4,630.71

B6F (Official Form 6F) (12/07) - Cont.

In re **Barsanti Woodwork Corporation**                                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Charles Horn Lumber Co. <br> 2440 South Damen Avenue <br> Chicago, IL 60608 | - | | | | | | 8,800.91 |
| Account No. <br><br> Chicago Fireplace & Chimney <br> 7015 West North Avenue <br> Oak Park, IL 60302 | - | | | | | | 1,280.00 |
| Account No. <br><br> Chicago Regional Council of Carpenters Pension Fund <br> 12 East Erie Street <br> Chicago, IL 60611 | - | | 8/13/2013 <br> Judgment Order | | | | 352,377.29 |
| Account No. <br><br> Chicago Tribune <br> Attn: Photo Sales <br> 425 North Michigan Avenue <br> Chicago, IL 60611 | - | | | | | | 679.00 |
| Account No. <br><br> Citi AT&T Universal Card <br> Processing Center <br> Des Moines, IA 50363 | - | | | | | | 13,913.39 |

Sheet no. __4___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

377,050.59

B6F (Official Form 6F) (12/07) - Cont.

In re    **Barsanti Woodwork Corporation**                                    ,          Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Citibank AAdvantage**<br>**P.O. Box 688901**<br>**Des Moines, IA 50368-8909** | - | | | | | | 2,946.62 |
| Account No.<br><br>**City of Chicago**<br>**Department of Revenue**<br>**8212 Innovation Way**<br>**Chicago, IL 60682-0082** | - | | | | | | 295.00 |
| Account No.<br><br>**City of Chicago**<br>**Water Management**<br>**P.O. Box 6330**<br>**Chicago, IL 60680-6330** | - | | | | | | 1,630.75 |
| Account No.<br><br>**Clark & Barrow**<br>**353 West Grand Avenue**<br>**Chicago, IL 60610** | - | | | | | | 622.72 |
| Account No.<br><br>**Coca-Cola Bottling Co.**<br>**Lake Shore Division**<br>**2335 Paysphere Circle**<br>**Chicago, IL 60674** | - | | | | | | 345.74 |

Sheet no. __5__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5,840.83

B6F (Official Form 6F) (12/07) - Cont.

In re  **Barsanti Woodwork Corporation**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Comed P.O. Box 6111 Carol Stream, IL 60197-6111 | - | | | | | | | 8,378.81 |
| Account No. | | | | | | | | |
| Commercial Interiors 631 Lunt Avenue Schaumburg, IL 60193 | - | | | | | | | 664.00 |
| Account No. | | | | | | | | |
| Computer Network Doctor 825 Tamarack Drive Algonquin, IL 60102 | - | | | | | | | 2,499.64 |
| Account No. | | | | | | | | |
| Concentra Medical Center P.O. Box 488 Lombard, IL 60148 | - | | | | | | | 279.03 |
| Account No. | | | | | | | | |
| Crowe Chizek P.O. Box 145415 Cincinnati, OH 45250-9791 | - | | | | | | | 7,500.00 |

Sheet no. __6__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,321.48

B6F (Official Form 6F) (12/07) - Cont.

In re    **Barsanti Woodwork Corporation** ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Cushing and Company** **Dept. 10161** **P.O. Box 87618** **Chicago, IL 60680-0618** | - | | | | | | | 2,508.40 |
| Account No. | | | | | | | | |
| **Custom Brokers's Supply** **P.O. Box 1817** **Palatine, IL 60078** | - | | | | | | | 495.60 |
| Account No. | | | | | | | | |
| **Defrees & Fiske** **200 South Michegan Avenue** **Suite 1100** **Chicago, IL 60604** | - | | | | | | | 8,171.50 |
| Account No. | | | | | | | | |
| **Denker & Muscarello, LLC** **4N701 School Road** **Saint Charles, IL 60175** | - | | | | | | | 926.07 |
| Account No. | | | | | | | | |
| **Dooge Veneers Inc.** **4585 Airwest S.E.** **Grand Rapids, MI 49512** | - | | | | | | | 6,547.97 |

Sheet no. __7__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,649.54

B6F (Official Form 6F) (12/07) - Cont.

In re   **Barsanti Woodwork Corporation** ,                          Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | | | | | |
| E Kinast / Richelieu 6350 Church Road Hanover Park, IL 60133 | - | | | | | | | 3,550.48 |
| Account No. | | | | Notes Payable | | | | |
| Gene Barsanti 900 Clinton Place River Forest, IL 60305 | - | | | | | | | 20,228.00 |
| Account No. | | | | | | | | |
| General Cutting Tools 6440 North Ridgeway Avenue Lincolnwood, IL 60712 | - | | | | | | | 2,650.29 |
| Account No. | | | | | | | | |
| GHC Mechanical Inc. 990 Pauly Drive Elk Grove Village, IL 60007 | - | | | | | | | 406.44 |
| Account No. | | | | | | | | |
| Hafele America P.O. Box 890779 Charlotte, NC 28289-0779 | - | | | | | | | 1,578.60 |

Sheet no. __8__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          28,413.81

B6F (Official Form 6F) (12/07) - Cont.

In re    **Barsanti Woodwork Corporation**                                    ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Judgment | | | | |
| Hank's Blue Print 7355 West Archer Avenue Suite G Summit Argo, IL 60501 | - | | | | | | | 4,379.50 |
| Account No. | | | | | | | | |
| Harris Equipment 2010 North Ruby Street Melrose Park, IL 60160 | - | | | | | | | 380.62 |
| Account No. | | | | | | | | |
| Hinckley & Schmitt inc. Attn: Donna P.O. Box 1888 60499-1888 | - | | | | | | | 99.12 |
| Account No. | | | | | | | | |
| IDM Group 832 West Erie Street Chicago, IL 60632 | - | | | | | | | 747.02 |
| Account No. | | | | | | | | |
| Inpro Corporation c/o Teller Levit Silvertrust 19 South LaSalle Street, Suite 701 Chicago, IL 60603 | - | | | | | | | 6,639.00 |

Sheet no. __9__ of __19__ sheets attached to Schedule of          Subtotal          
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)          **12,245.26**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Barsanti Woodwork Corporation**                                          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Institutional Equipment 704 Veterans Parkway Unit B Bolingbrook, IL 60440-4948** | - | | | | | | 150.99 |
| Account No. | | | | | | | |
| **Ironmonger Inc. 122 West Illinois Street Chicago, IL 60610-4506** | - | | | | | | 927.04 |
| Account No. | | | | | | | |
| **Knoll Textiles P.O. Box 841366 Dallas, TX 75284-1366** | - | | | | | | 828.18 |
| Account No. | | | | | | | |
| **L-K Fire Extinguisher 4016 South Clinton Avenue Berwyn, IL 60402** | - | | | | | | 643.87 |
| Account No. | | | | | | | |
| **La Force 1060 West Mason Street P.O. Box 10068 Green Bay, WI 54307** | - | | | | | | 3,046.00 |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,596.08**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Barsanti Woodwork Corporation**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Leonard V. Stutz Plumbing & Heating 272 West Lake Street Elmhurst, IL 60126** | - | | | | | | 114.00 |
| Account No. <br><br> **Leyden L.S. Inc. P.O. Box 5037 Glendale Heights, IL 60139-5037** | - | | | | | | 359.00 |
| Account No. <br><br> **M.J. Millwork Inc. 1375 Paramount Parkway Batavia, IL 60510** | - | | | | | | 1,035.40 |
| Account No. <br><br> **Macke Water System P.O. Box 545 Glendale Heights, IL 60139-5037** | - | | | | | | 575.42 |
| Account No. <br><br> **Mailfinance 25881 Network Place Chicago, IL 60673-1258** | - | | | | | | 1,803.42 |

Sheet no. __11__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,887.24

B6F (Official Form 6F) (12/07) - Cont.

In re **Barsanti Woodwork Corporation** _____,   Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Metal Creations Inc. <br> 2444 North Pulaski Road <br> Chicago, IL 60639-2114 | - | | | | | | 1,506.94 |
| Account No. <br><br> Midwest Saw, Inc. <br> 850 Meadowview Crossing <br> Unit #4 <br> West Chicago, IL 60185 | - | | | | | | 84.50 |
| Account No. <br><br> Midwest Time Recorder Inc. <br> 7964 South Madison Street <br> Burr Ridge, IL 60521-5806 | - | | | | | | 1,255.79 |
| Account No. <br><br> Missouri Equipment Co. <br> 2222 North 9th Street <br> Saint Louis, MO 63102 | - | | | | | | 16,088.20 |
| Account No. <br><br> Moulding & Millwork <br> 2200 West Haven Avenue <br> New Lenox, IL 60451 | - | | | | | | 2,619.60 |

Sheet no. __12__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **21,555.03**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Barsanti Woodwork Corporation**   ,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| National Pump & Compress P.O. Box 21160 Beaumont, TX 77720 | - | | | | | | | 348.00 |
| Account No. | | | | | | | | |
| Oce-USA, Inc. 12379 Collections Center Chicago, IL 60693 | - | | | | | | | 2,717.30 |
| Account No. | | | | | | | | |
| Office Depot Credit Plan Dept. 56-4200162867 P.O. Box 9020 Des Moines, IA 50368-9020 | - | | | | | | | 179.82 |
| Account No. | | | | | | | | |
| Parkwood Chicago Inc. 2100 South Foster Avenue Wheeling, IL 60090 | - | | | | | | | 9,875.00 |
| Account No. | | | | Shareholder Loan | | | | |
| Paul Kelly 111 S. Prospect Clarendon Hills, IL 60514 | - | | | | | | | 519,105.23 |
| Sheet no. _**13**_ of _**19**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 532,225.35 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Barsanti Woodwork Corporation**                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Penske Truck Leasing P.O. Box 802577 Chicago, IL 60680-0001 | - | | | | | | | 7,460.90 |
| Account No. | | | | | | | | |
| Peoples Energy Chicago, IL 60687-0001 | - | | | | | | | 9,273.06 |
| Account No. | | | | | | | | |
| Premier Plywood P.O. Box 473 Streamwood, IL 60107 | - | | | | | | | 9,474.15 |
| Account No. | | | | | | | | |
| Quill Corporation P.O. Box 37600 Philadelphia, PA 19101-0600 | - | | | | | | | 502.02 |
| Account No. | | | | | | | | |
| R.S. Bacon Veneer 6951 High Grove Blvd. Willowbrook, IL 60527-1821 | - | | | | | | | 970.92 |

Sheet no. __14__ of __19__ sheets attached to Schedule of                      Subtotal                   27,681.05
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Barsanti Woodwork Corporation**                                          ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Rajack Hardware** <br> **95 Rome Street** <br> **Farmingdale, NY 11735** | - | | | | | | 62.00 |
| Account No. <br><br> **RG Construction** <br> **936 Larch Avenue** <br> **Elmhurst, IL 60126** | - | | | | | | 13,350.00 |
| Account No. <br><br> **Ryder Truck Rental Inc.** <br> **Attn: Joyce G. Johnson** <br> **6000 Winward Parkway** <br> **Alpharetta, GA 30005** | - | | | | | | 4,183.97 |
| Account No. <br><br> **S.E. Leite & Company** <br> **P.O. Box 3956** <br> **Naperville, IL 60567-3956** | - | | | | | | 1,300.00 |
| Account No. <br><br> **Safety-Kleen Corporation** <br> **P.O. Box 382066** <br> **Pittsburgh, PA 15250-8066** | - | | | | | | 613.87 |

Sheet no. __15__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **19,509.84**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Barsanti Woodwork Corporation**                                        ,        Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **SCM Group** **2475-B Satelite Boulevard** **Duluth, GA 30096-5808** | - | | | | | | 405.46 |
| Account No. **Sherwin-Williams** **5111 Dansher Boulevard** **Countryside, IL 60525-6905** | - | | | | | | 9,436.44 |
| Account No. **Spannuth Boiler** **264 Madison Street** **Oak Park, IL 60302** | - | | | | | | 285.00 |
| Account No. **Springer Blueprint** **10640 South Western Avenue** **Chicago, IL 60643** | - | | | | | | 2,098.00 |
| Account No. **Sprint** **P.O. Box 4181** **Carol Stream, IL 60197-4181** | - | | | | | | 746.57 |

Sheet no. __16__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **12,971.47**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Barsanti Woodwork Corporation**                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| Sprint P.O. Box 4181 Carol Stream, IL 60197-4181 | | | | | | | | 10.26 |
| Account No. | | - | | | | | | |
| Steiner Electric Co. 2665 Paysphere Circle Chicago, IL 60674 | | | | | | | | 223.88 |
| Account No. | | - | | | | | | |
| Stevens Supply Co. Inc. 5630 North Elston Avenue Chicago, IL 60646 | | | | | | | | 2,779.16 |
| Account No. | | - | | | | | | |
| Strut & Supply, Inc. 22N159 Pepper Road Barrington, IL 60010 | | | | | | | | 410.39 |
| Account No. | | - | | | | | | |
| Tensator Inc. 260 Spur Drive P.O. Box 400-M Bay Shore, NY 11706-0779 | | | | | | | | 789.60 |

Sheet no. __17__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,213.29

B6F (Official Form 6F) (12/07) - Cont.

In re **Barsanti Woodwork Corporation**                          , Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Tesko** **7350 West Montrose Avenue** **Norridge, IL 60706** | - | | | | | | 12,723.00 |
| Account No. | | | | | | | |
| **The Home Depot** **Dept. 32-2502045200** **P.O. Box 183176** **Columbus, OH 43218-3176** | - | | | | | | 2,897.30 |
| Account No. | | | | | | | |
| **The Lee Quigley Company** **5301 West 65th Street** **Chicago, IL 60638** | - | | | | | | 3,040.00 |
| Account No. | | | | | | | |
| **The Maiman Company** **Department 1956** **Tulsa, OK 74182** | - | | | | | | 1,166.00 |
| Account No. | | | | | | | |
| **US Messenger & Logistics** **7790 Quincy Street** **Willowbrook, IL 60527** | - | | | | | | 345.67 |

Sheet no. __18__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    20,171.97

B6F (Official Form 6F) (12/07) - Cont.

In re  **Barsanti Woodwork Corporation**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Valendrawers P.O. Box 1169 Lexington, NC 27293 | - | | | | | | | |
| | | | | | | | | 532.41 |
| Account No. | | | | | | | | |
| Vector 2128 West Fulton Avenue Chicago, IL 60612-2390 | - | | | | | | | |
| | | | | | | | | 2,145.00 |
| Account No. | | | | | | | | |
| W.W. Grainger Inc. Dept. 801595521 Palatine, IL 60038-0001 | - | | | | | | | |
| | | | | | | | | 515.03 |
| Account No. | | | | | | | | |
| Wagner (J.G. Braun) P.O. Box 423 Butler, WI 53007-0423 | - | | | | | | | |
| | | | | | | | | 2,520.50 |
| Account No. | | | | | | | | |
| Waste Management P.O. Box 4648 Carol Stream, IL 60197-4648 | - | | | | | | | |
| | | | | | | | | 2,570.65 |

Sheet no. __19__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 8,283.59 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 1,160,043.12 |

B6G (Official Form 6G) (12/07)

.

In re    **Barsanti Woodwork Corporation**                                    ,        Case No. _____
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Pattom II** <br> **900 Clinton Place** <br> **River Forest, IL 60305** | **Accrued Rent - $271,200** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Barsanti Woodwork Corporation**                                          ,   Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Barsanti Woodwork Corporation**

Debtor(s)

Case No.

Chapter      **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**32**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 26, 2013**

Signature  **/s/ Paul Kelly**

**Paul Kelly**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Barsanti Woodwork Corporation**           Case No.

Debtor(s)          Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$113,643.69** | **2013 YTD: Business Income** |
| **$5,279,883.44** | **2012: Business Income** |
| **$4,847,830.91** | **2011: Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT                SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850˚.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Fabricator Specialists** | **6/28/2013** | **$1,027.12** | **$0.00** |
| **International Marble** | **6/28/2013** | **$7,830.00** | **$0.00** |
| **Moulding & Millwork** <br> **2200 West Haven Avenue** <br> **New Lenox, IL 60451** | **6/28/2013** | **$1,882.38** | **$0.00** |
| **Poma Marble** | **6/28/2013** | **$7,031.00** | **$0.00** |
| **Tal-Mar Custom Fabricator** | **6/28/2013** | **$1,375.00** | **$0.00** |
| **Vector** <br> **2128 West Fulton Avenue** <br> **Chicago, IL 60612-2390** | **6/28/2013** | **$2,145.00** | **$0.00** |
| **Holland Woodcrafters Inc.** | **6/26/2013; 7/15/2013** | **$5,006.00** | **$0.00** |
| **Illinois System Corp.** | **6/26/2013** | **$262.50** | **$0.00** |
| **Bella Cabinets, Inc.** | **6/27/2013; 7/30/2013** | **$4,997.50** | **$0.00** |
| **Eugene Monyak** | **7/8/2013; 7/23/2013;** <br> **7/31/2013; 8/5/2013;** <br> **8/13/2013; 8/16/2013** | **$3,138.00** | **$0.00** |
| **Mike Swiontek** | **7/8/2013; 7/26/2013** | **$1,531.92** | **$0.00** |
| **Exclusive Millwork Co.** | **7/11/2013; 7/25/2013** | **$2,792.22** | **$0.00** |
| **Allocco & Miller** | **7/16/2013** | **$2,000.00** | **$0.00** |

˚ Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **J+T Auto Body** | **7/15/2013** | **$2,600.00** | **$0.00** |
| **Eugene Barsanti**<br>**900 Clinton Place**<br>**River Forest, IL 60305** | **7/23/2013** | **$1,170.00** | **$0.00** |
| **Pedro Guerrero** | **7/23/2013; 7/31/2013;**<br>**8/5/2013; 8/13/2013;**<br>**8/16/2013** | **$2,291.27** | **$0.00** |
| **David Maxwell** | **7/23/2013** | **$13.21** | **$0.00** |
| **All Tile, Inc.**<br>**1111 Chase Grove Village**<br>**Elk Grove Village, IL 60007** | **7/24/2013** | **$396.04** | **$0.00** |
| **Freeborn & Peters LLP**<br>**311 South Wacker Drive**<br>**Suite 3000**<br>**Chicago, IL 60606** | **7/24/2013** | **$5,181.65** | **$0.00** |
| **Hub International** | **7/24/2013** | **$9,566.80** | **$0.00** |
| **Richelieu Hardware** | **7/24/2013; 7/26/2013** | **$288.72** | **$0.00** |
| **Sierra Forest Products** | **7/25/2013** | **$50.00** | **$0.00** |
| **American Express** | **7/26/2013** | **$500.00** | **$0.00** |
| **Citibank AAdvantage**<br>**P.O. Box 688901**<br>**Des Moines, IA 50368-8909** | **7/26/2013** | **$1,200.00** | **$0.00** |
| **Computer Network Doctor**<br>**825 Tamarack Drive**<br>**Algonquin, IL 60102** | **7/26/2013** | **$992.13** | **$0.00** |
| **MDI Builders, Inc.** | **7/26/2013** | **$880.00** | **$0.00** |
| **Pattom** | **7/26/2013** | **$13,300.00** | **$0.00** |
| **IL Dept Employment Service**<br>**1700 West 18th Street**<br>**Chicago, IL 60608** | **7/30/2013** | **$1,916.62** | **$0.00** |
| **JC Wood Finishing** | **7/30/2013** | **$200.00** | **$0.00** |
| **Parksite, Inc.** | **7/30/2013** | **$813.93** | **$0.00** |
| **Ralph Peterson** | **7/30/2013** | **$752.87** | **$0.00** |
| **Steve Joslyn** | **7/31/2013** | **$1,495.00** | **$0.00** |
| **Ivan Tzankov** | **8/5/2013; 8/13/2013;**<br>**8/16/2013** | **$1,818.25** | **$0.00** |
| **Reliable Finishing Products** | **8/6/2013** | **$158.85** | **$0.00** |

4

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Counter Solutions** | **8/12/2013** | **$3,353.00** | **$0.00** |
| **Chicago Painter & Decorator** | **8/16/2013** | **$372.40** | **$0.00** |
| **Chicago Painters** | **8/16/2013** | **$627.00** | **$0.00** |
| **Monarch Metal** | **6/26/2013** | **$1,330.29** | **$0.00** |
| **Navy Island Plywood** | **6/26/2013** | **$335.83** | **$0.00** |
| **RSVP Specialty Veneer** | **6/26/2013** | **$6,654.00** | **$0.00** |
| **CRA / Force 5 (Bob Gereg)** | **6/19/2013; 7/2/2013; 7/23/2013** | **$9,045.00** | **$0.00** |
| **Selective Insurance** | **7/2/2013** | **$12,645.00** | **$0.00** |
| **Humana Insurance** | **7/19/2013** | **$293.70** | **$0.00** |
| **Citi Visa** | **7/30/2013** | **$300.00** | **$0.00** |
| **Internal Revenue Service** Cincinnati, OH 45202 | **7/31/2013** | **$11,958.00** | **$0.00** |
| **Guardian Insurance** | **8/1/2013** | **$468.12** | **$0.00** |
| **Illinois Department of Revenue** 100 West Randolph Street Chicago, IL 60601-8866 | **8/1/2013** | **$1,655.61** | **$0.00** |
| **McMaster Carr** | **8/8/2013** | **$382.26** | **$0.00** |
| **Secretary of State** | **8/8/2013** | **$103.25** | **$0.00** |
| **Audi Financial** | **8/9/2013** | **$1,077.11** | **$0.00** |
| **Internal Revenue Service** Cincinnati, OH 45202 | **8/19/2013 - Federal Tax First Installment** | **$2,400.00** | **$0.00** |

None
☐        c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Paul Kelly** 3838 West 51st Street Chicago, IL 60632     **President** | **2012 wages** | **$106,920.00** | **$0.00** |
| **Paul Kelly** 3838 West 51st Street Chicago, IL 60632     **President** | **April - August 2013 wages** | **$48,004.00** | **$0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **BWC Capital, LLC, as Assignee of BMO Harris Bank N.A. f/ka Harris N.A. v. Barsanti Woodwork Corporation**<br>**Case No. 2013 L 50578** | **Contract** | **Cook County Circuit Court** | **Judgment** |
| **Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, Chicago Regional Council of Carpenters Apprentice & Trainee Fund v. Barsanti Woodwork Corporation**<br>**Case No. 12 cv 09960** | **Civil** | **United States District Court for the Northern District of Illinois Eastern Division** | **Judgment** |
| **BMO Harris Bank N.A. v. Barsanti Woodwork Corp.**<br>**Case No. 2013 L 111** | **Contract** | **Cook County Circuit Court** | **Dismissed** |
| **BMO Harris Bank N.A. v. Barsanti Woodwork Corp, Eugene C. Barsanti, and Paul M. Kelly**<br>**Case No. 2013 L 113** | **Contract** | **Cook County Circuit Court** | **Dismissed** |
| **BMO Harris Bank N.A. v. Barsanti Woodwork Corp., Constance Barsanti, Eugene Barsanti, and Pattom II**<br>**Case No. 2013 CH 720** | **Foreclosure** | **Cook County Circuit Court** | **Dismissed** |
| **Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, and Chicago Regional Council of Carpenters Apprentice Training Fund v. Barsanti Woodword Corp.**<br>**Case No. 12 cv 05166** | **Civil** | **United States District Court for the Northern District of Illinois Eastern Division** | **Dismissed** |
| **Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, and Chicago Regional Council of Carpenters Apprentice Training Fund v. Barsanti Woodword Corp.**<br>**Case No. 13 cv 00045** | **Civil** | **United States District Court for the Northern District of Illinois Eastern Division** | **Judgment** |
| **Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, and Chicago Regional Council of Carpenters Apprentice Training Fund v. Barsanti Woodword Corp.**<br>**Case No. 13 cv 04932** | **Civil** | **United States District Court for the Northern District of Illinois Eastern Division** | **Pending** |
| **Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America v. Barsanti Woodwork Corporation**<br>**Case No. 12 cv 04375** | **Civil** | **United States District Court for the Northern District of Illinois Eastern Division** | **Dismissed** |
| **Trustees of the Chicago Painters and Decorators Pension Fund and Trustees of the Chicago Painters and Decorators Welfare Fund v. Barsanti Woodwork Corporation and Paul Kelly**<br>**Case No. 13 cv 00384** | Civil | **United States District Court for the Northern District of Illinois Eastern Division** | **Pending** |

6

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Carpenters Fringe Benefit Funds of Illinois v. Administrative Mgr. Angelica B. Ambrose and Barsanti Woodwork Corporation**<br>**Case No. 13 cv 03577** | **Civil** | **United States District Court for the Northern District of Illinois Eastern Division** | **Pending** |
| **Hanks Blueprint v. Barsanti Woodwork**<br>**Case No. 2013 M5 000827** | **Contract** | **Cook County Circuit Court** | **Judgment** |
| **LaForce Inc. v. Barsanti Woodwork**<br>**Case No. 2013 M1 500146** | **Petition to Register Foreign Judgment** | **Cook County Circuit Court** | **Pending** |
| **R B Wagner Inc. v. Barsanti Woodwork**<br>**Case No. 2013 M1 107920** | **Contract** | **Cook County Circuit Court** | **Pending** |
| **Inpro Corporation v. Barsanti Woodwork**<br>**Case No. 2012 M1 154403** | **Contract** | **Cook County Circuit Court** | **Pending** |

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
☐   preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **BWC Capital LLC**<br>**687 Clear Creek Drive**<br>**Osprey, FL 34229** | **July 3, 2013** | **All real and personal property, including inventory, equipment, accounts, chattel paper, instruments, letter-of-creditor rights, documents, deposit accounts, investment property, money, other rights to payment and performance and general intangibles.** |

---

### 5. Repossessions, foreclosures and returns

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■   returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 6. Assignments and receiverships

None   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■   this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■   preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

7

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Freeborn & Peters LLP**<br>**311 South Wacker Drive**<br>**Suite 3000**<br>**Chicago, IL 60606** | **8/26/2013** | **$12,000.00** |

### 10. Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

8

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | | ADDRESS | | |
|---|---|---|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐     a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Savina Tzankova**<br>**3838 W. 51st Street**<br>**Chicago, IL 60632** | **2005-2013** |

None ■     b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐     c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Savina Tzankova** | **3838 W. 51st Street**<br>**Chicago, IL 60632** |

None ☐     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Harris Bank N.A.**<br>**111 West Monroe Street**<br>**Chicago, IL 60603** | **2007-2013** |

### 20. Inventories

None ■     a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ☐     b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Paul Kelly**<br>**3838 West 51st Street**<br>**Chicago, IL 60632** | **President** | **100%** |

---

**22 . Former partners, officers, directors and shareholders**

None   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■     commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■     immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
☐     in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
      commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Paul Kelly**<br>**3838 West 51st Street**<br>**Chicago, IL 60632**<br>    **President** | **2012 wages** | **$106,920** |
| **Paul Kelly**<br>**3838 West 51st Street**<br>**Chicago, IL 60632**<br>    **President** | **April - August 2013 wages** | **$48,004** |

---

**24. Tax Consolidation Group.**

None   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■     group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
      of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as
■     an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

12

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **August 26, 2013**                           Signature    **/s/ Paul Kelly**
                                                                  **Paul Kelly**
                                                                  **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Barsanti Woodwork Corporation**                                              Case No.
                                                      Debtor(s)                         Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

       For legal services, I have agreed to accept                              $              **12,000.00**

       Prior to the filing of this statement I have received                    $              **12,000.00**

       Balance Due                                                              $                  **0.00**

2.    The source of the compensation paid to me was:

       ■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

       ■ Debtor        ☐ Other (specify):

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
          copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

       a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
       b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
       c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
       d.   [Other provisions as needed]
            **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
            reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
            522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
       any other adversary proceeding.**

### CERTIFICATION

         I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    **August 26, 2013**                              **/s/ Thomas R. Fawkes**
                                                            **Thomas R. Fawkes**
                                                            **Freeborn & Peters LLP**
                                                            **311 South Wacker Drive**
                                                            **Suite 3000**
                                                            **Chicago, IL 60606**
                                                            **(312) 360-6000   Fax: (312) 360-6520**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Barsanti Woodwork Corporation**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **110**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **August 26, 2013**

**/s/ Paul Kelly**

**Paul Kelly/President**
Signer/Title

A-1 Sanitary Rag Company
3166 South River Road
Suite 25
Des Plaines, IL 60018


AAA Design, Inc.
2227 South St. Louis Avenue
Chicago, IL 60623


Adelman & Gettleman
53 West Jackson
Suite 1050
Chicago, IL 60604


Adminstrative Retiremen
2S.545 IL Route 53
Glen Ellyn, IL 60137


Advantage Glass
70 Rawls Road
Des Plaines, IL 60018


Aetna Plywood, Inc.
P.O. Box 774315
4315 Solution Center
Chicago, IL 60677-4003


Affordable Cabinets
1550 West Fullerton
Unit B
Addison, IL 60101


All Tile, Inc.
1111 Chase Grove Village
Elk Grove Village, IL 60007


American Funds
Finance and Accounting
P.O. Box 659530
San Antonio, TX 78265-9530


AMSI, an Infor Company
NW 5421
P.O. Box 1450
Minneapolis, MN 55485-5421

Architectual Grille
42-Second Avenue
Brooklyn, NY 11215


Ashland Propane Inc.
16525 Vincennes Avenue
P.O. Box 1108
South Holland, IL 60473-7108


AT&T
P.O. Box 8100
Aurora, IL 60507-8100


Baer Supply / Wurth
8927 South Octavia Avenue
Bridgeview, IL 60455


Breaker Press Co. Inc.
2421 South Western Avenue
Chicago, IL 60608


Bull Sharpening
6332 West Roosevelt Road
Oak Park, IL 60304


BWC Capital LLC
687 Clear Creek Drive
Osprey, FL 34229


C & H Distributors
22133 Network Place
Chicago, IL 60673


Capitol Hardware Mfg. Co.
L&P Financial Services
P.O. Box 952092
Saint Louis, MO 63195-2092


Century Door
1301 Landmeier Road
Elk Grove Village, IL 60007


Charles Horn Lumber Co.
2440 South Damen Avenue
Chicago, IL 60608

Chicago Fireplace & Chimney
7015 West North Avenue
Oak Park, IL 60302


Chicago Regional Council Carpenters
12 East Erie Street
Chicago, IL 60611


Chicago Regional Council of
Carpenters Pension Fund
12 East Erie Street
Chicago, IL 60611


Chicago Tribune
Attn: Photo Sales
425 North Michigan Avenue
Chicago, IL 60611


Citi AT&T Universal Card
Processing Center
Des Moines, IA 50363


Citibank AAdvantage
P.O. Box 688901
Des Moines, IA 50368-8909


City of Chicago
Department of Revenue
8212 Innovation Way
Chicago, IL 60682-0082


City of Chicago
Water Management
P.O. Box 6330
Chicago, IL 60680-6330


Clark & Barrow
353 West Grand Avenue
Chicago, IL 60610


Coca-Cola Bottling Co.
Lake Shore Division
2335 Paysphere Circle
Chicago, IL 60674

Comed
P.O. Box 6111
Carol Stream, IL 60197-6111


Commercial Interiors
631 Lunt Avenue
Schaumburg, IL 60193


Computer Network Doctor
825 Tamarack Drive
Algonquin, IL 60102


Concentra Medical Center
P.O. Box 488
Lombard, IL 60148


Crowe Chizek
P.O. Box 145415
Cincinnati, OH 45250-9791


Cushing and Company
Dept. 10161
P.O. Box 87618
Chicago, IL 60680-0618


Custom Brokers's Supply
P.O. Box 1817
Palatine, IL 60078


Daniel McNally
Whitfield Mcgann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601


Defrees & Fiske
200 South Michegan Avenue
Suite 1100
Chicago, IL 60604


Denker & Muscarello, LLC
4N701 School Road
Saint Charles, IL 60175

Dooge Veneers Inc.
4585 Airwest S.E.
Grand Rapids, MI 49512


E Kinast / Richelieu
6350 Church Road
Hanover Park, IL 60133


Federal Unemployment
Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0046


Gene Barsanti
900 Clinton Place
River Forest, IL 60305


General Cutting Tools
6440 North Ridgeway Avenue
Lincolnwood, IL 60712


GHC Mechanical Inc.
990 Pauly Drive
Elk Grove Village, IL 60007


Hafele America
P.O. Box 890779
Charlotte, NC 28289-0779


Hank's Blue Print
7355 West Archer Avenue
Suite G
Summit Argo, IL 60501


Harris Equipment
2010 North Ruby Street
Melrose Park, IL 60160


Hinckley & Schmitt inc.
Attn: Donna
P.O. Box 1888
60499-1888

IDM Group
832 West Erie Street
Chicago, IL 60632


IL Dept Employment Service
1700 West 18th Street
Chicago, IL 60608


IL Sales Tax
Illinois Department of Revenue
P.O. Box 19034
Springfield, IL 62794-9034


Illinois Department of Revenue
100 West Randolph Street
Chicago, IL 60601-8866


Inpro Corporation
c/o Teller Levit Silvertrust
19 South LaSalle Street, Suite 701
Chicago, IL 60603


Institutional Equipment
704 Veterans Parkway
Unit B
Bolingbrook, IL 60440-4948


Internal Revenue Service
Cincinnati, OH 45202


Ironmonger Inc.
122 West Illinois Street
Chicago, IL 60610-4506


Jayaram Law Group
330 N. LaSalle #29FL
Chicago, IL 60602


Knoll Textiles
P.O. Box 841366
Dallas, TX 75284-1366

L-K Fire Extinguisher
4016 South Clinton Avenue
Berwyn, IL 60402


La Force
1060 West Mason Street
P.O. Box 10068
Green Bay, WI 54307


Leonard V. Stutz
Plumbing & Heating
272 West Lake Street
Elmhurst, IL 60126


Leyden L.S. Inc.
P.O. Box 5037
Glendale Heights, IL 60139-5037


M.J. Millwork Inc.
1375 Paramount Parkway
Batavia, IL 60510


Macke Water System
P.O. Box 545
Glendale Heights, IL 60139-5037


Mailfinance
25881 Network Place
Chicago, IL 60673-1258


Metal Creations Inc.
2444 North Pulaski Road
Chicago, IL 60639-2114


Midwest Saw, Inc.
850 Meadowview Crossing
Unit #4
West Chicago, IL 60185


Midwest Time Recorder Inc.
7964 South Madison Street
Burr Ridge, IL 60521-5806

Missouri Equipment Co.
2222 North 9th Street
Saint Louis, MO 63102


Moulding & Millwork
2200 West Haven Avenue
New Lenox, IL 60451


National Pump & Compress
P.O. Box 21160
Beaumont, TX 77720


Oce-USA, Inc.
12379 Collections Center
Chicago, IL 60693


Office Depot Credit Plan
Dept. 56-4200162867
P.O. Box 9020
Des Moines, IA 50368-9020


Parkwood Chicago Inc.
2100 South Foster Avenue
Wheeling, IL 60090


Pattom II
900 Clinton Place
River Forest, IL 60305


Paul Kelly
111 S. Prospect
Clarendon Hills, IL 60514


Penske Truck Leasing
P.O. Box 802577
Chicago, IL 60680-0001


Peoples Energy
Chicago, IL 60687-0001


Premier Plywood
P.O. Box 473
Streamwood, IL 60107

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600


R.S. Bacon Veneer
6951 High Grove Blvd.
Willowbrook, IL 60527-1821


Rajack Hardware
95 Rome Street
Farmingdale, NY 11735


Registered Agent Solutions
120 East Market Street, Suite 808
Indianapolis, IN 46204


RG Construction
936 Larch Avenue
Elmhurst, IL 60126


Ryder Truck Rental Inc.
Attn: Joyce G. Johnson
6000 Winward Parkway
Alpharetta, GA 30005


S.E. Leite & Company
P.O. Box 3956
Naperville, IL 60567-3956


Safety-Kleen Corporation
P.O. Box 382066
Pittsburgh, PA 15250-8066


SCM Group
2475-B Satelite Boulevard
Duluth, GA 30096-5808


Sherwin-Williams
5111 Dansher Boulevard
Countryside, IL 60525-6905


Spannuth Boiler
264 Madison Street
Oak Park, IL 60302

Springer Blueprint
10640 South Western Avenue
Chicago, IL 60643


Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


Steiner Electric Co.
2665 Paysphere Circle
Chicago, IL 60674


Stevens Supply Co. Inc.
5630 North Elston Avenue
Chicago, IL 60646


Strut & Supply, Inc.
22N159 Pepper Road
Barrington, IL 60010


Tensator Inc.
260 Spur Drive
P.O. Box 400-M
Bay Shore, NY 11706-0779


Tesko
7350 West Montrose Avenue
Norridge, IL 60706


The Home Depot
Dept. 32-2502045200
P.O. Box 183176
Columbus, OH 43218-3176


The Lee Quigley Company
5301 West 65th Street
Chicago, IL 60638


The Maiman Company
Department 1956
Tulsa, OK 74182

US Messenger & Logistics
7790 Quincy Street
Willowbrook, IL 60527


Valendrawers
P.O. Box 1169
Lexington, NC 27293


Vector
2128 West Fulton Avenue
Chicago, IL 60612-2390


W.W. Grainger Inc.
Dept. 801595521
Palatine, IL 60038-0001


Wagner (J.G. Braun)
P.O. Box 423
Butler, WI 53007-0423


Waste Management
P.O. Box 4648
Carol Stream, IL 60197-4648

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Barsanti Woodwork Corporation**

_____
Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Barsanti Woodwork Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 26, 2013**
_____
Date

**/s/ Thomas R. Fawkes**
_____
**Thomas R. Fawkes**
Signature of Attorney or Litigant
Counsel for   **Barsanti Woodwork Corporation**
**Freeborn & Peters LLP**
**311 South Wacker Drive**
**Suite 3000**
**Chicago, IL 60606**
**(312) 360-6000 Fax:(312) 360-6520**