Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-33965 PH  
**Case Name:** BARSANTI WOODWORK CORPORATION  

**Period Ending:** 03/31/17  

**Trustee:** (330350)   EUGENE CRANE  
**Filed (f) or Converted (c):** 08/26/13 (f)  
**§341(a) Meeting Date:** 10/08/13  
**Claims Bar Date:** 10/16/14  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Fraudulent transfer litigation  (u)  There are no assets in the Debtor's Schedules. Have filed for turnover of documents; Debtor may have transferred assets from business to new business - value unknown. Negotiations for a settlement continue, value is unknown at this point. Indicating a value could jeopardize litigation as of 03/31/2016. Settlement achieved among multiple defendants. | Unknown | 1.00 | | 1,135,000.00 | 0.00 |
| 2   Inventory from business premises  (u)  Not listed in schedules, auction sale held | Unknown | Unknown | | 199,088.46 | FA |
| **2   Assets    Totals** (Excluding unknown values) | **$0.00** | **$1.00** | | **$1,334,088.46** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/31/2017: Litigation against principals, and Debtor's attorneys was settled during this period. One defendant has not made final payment of his settlement. The Trustee is investigating the sale of claim to third parties of the non-paying defendant. Objection to claims are being filed and taxes will be prepared. This case could be open for at least another year.
12/08/2016: Settlement approved by Court Order (dk)
10/06/2016: Preparation of settlement with Freeborn & Peters (dk)
09/01/2016: Order entered employing accountants (dk)
08/25/2016: Filed Motion to Pay Auctioneer Expenses; hearing on 09/08 (dk)
08/24/2016: MT filed to Employ Accountants; hearing on 09/01 (dk)
08/22/2016: Mediation held between principals/attorneys and Trustee and his counsel; settlement reached for fraudulent transfers (dk)
06/14/2016: Personal property sold at auction (dk)
03/31/2016: 401(k) plans terminated. Complaint filed regarding fraudulent transfers. Negotiating with principal and attorneys; cannot place a value on litigation as it could jeopardize litigation/negotiations. (dk)

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-33965 PH  
**Case Name:** BARSANTI WOODWORK CORPORATION  
**Period Ending:** 03/31/17

**Trustee:** (330350)　　EUGENE CRANE  
**Filed (f) or Converted (c):** 08/26/13 (f)  
**§341(a) Meeting Date:** 10/08/13  
**Claims Bar Date:** 10/16/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

03/31/2015: Debtor has been sent subpoenas, but has yet to turnover documents. Motion for contempt and for other relief against principal filed. (dk)

07/08/2014: It was discovered that the Debtor has two 401(k) plans for employees that need to be terminated. Have contacted DOL and sent letter to Debtor's atty for more information. (dk)

03/31/2014: During this period Ttee filed motions to compel debtor to turnover documents and motion for 2004 Examination; possible fraudulent transfers. Investigation of assets continues. (dk)

12/17/13: Filing MT to Turnover Property and Records (dk)

12/16/13: Will file motion to employ counsel

**Initial Projected Date Of Final Report (TFR):** December 31, 2015　　　　**Current Projected Date Of Final Report (TFR):** December 31, 2017

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-33965 PH  
**Case Name:** BARSANTI WOODWORK CORPORATION  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4566 - Freeborn & Peters Settlem  

**Taxpayer ID #:** **-***8621  
**Period Ending:** 03/31/17  

**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/12/16 | {1} | Mendes Mount LLP/Citibank NA | Settlement Proceeds from Freeborn & Peters adversary Order entered on 12/08/2016 | 1241-000 | 1,110,000.00 | | 1,110,000.00 |
| 12/16/16 | {1} | Emmet T. Kelly/Fifth Third | Settlement proceeds from Freeborn & Peters adversary Complaint Court order entered 12/08/2016 | 1241-000 | 20,000.00 | | 1,130,000.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,057.54 | 1,128,942.46 |
| 01/25/17 | {1} | Cotsirilos Tighe Streicker Poulos Campbell Ltc. | Partial Settlement Proceeds from Gereg in Crane v. Kelly Adversary Complaint, Order entered 12/08/2016 | 1241-000 | 5,000.00 | | 1,133,942.46 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,960.13 | 1,131,982.33 |
| 02/03/17 | 101 | INTERNATIONAL SURETIES, LTD. | Blanket Bond Payment; bond no. 016073584 | 2300-000 | | 470.68 | 1,131,511.65 |
| 02/24/17 | {2} | The Private Bank | Balance of The Private Bank Account liquidation | 1229-000 | 3.11 | | 1,131,514.76 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,718.10 | 1,129,796.66 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,899.31 | 1,127,897.35 |
| | | | **ACCOUNT TOTALS** | | 1,135,003.11 | 7,105.76 | **$1,127,897.35** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,135,003.11 | 7,105.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,135,003.11** | **$7,105.76** | |

{} Asset reference(s)

Printed: 04/26/2017 11:56 AM     V.13.30

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-33965 PH | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | BARSANTI WOODWORK CORPORATION | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4567 - Funds from Private Bank |
| Taxpayer ID #: | **-***8621 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 03/31/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/20/16 | {2} | Private Bank | Wire of balance of proceeds from auction sale; funds were held at Private Bank | 1229-000 | 199,085.35 | | 199,085.35 |
| 12/22/16 | 101 | Pattom II, LLC | Payment in full of claim for back-rent for premises located at 3838 W. 51st Street, Chicago,IL Per Court Order entered 12/08/2016 | 8500-002 | | 51,000.00 | 148,085.35 |
| | | | **ACCOUNT TOTALS** | | **199,085.35** | **51,000.00** | **$148,085.35** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **199,085.35** | **51,000.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$199,085.35** | **$51,000.00** | |

```
        Net Receipts :    1,334,088.46
Less Other Noncompensable Items :       51,000.00
                                  ─────────────
           Net Estate :    $1,283,088.46
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******4566** | 1,135,003.11 | 7,105.76 | 1,127,897.35 |
| **Checking # ******4567** | 199,085.35 | 51,000.00 | 148,085.35 |
| | $1,334,088.46 | $58,105.76 | $1,275,982.70 |

{} Asset reference(s)

Printed: 04/26/2017 11:56 AM    V.13.30