# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: BARSANTI WOODWORK CORPORATION      §   Case No. 13-33965-PH

                                                            §

                                                            §

Debtor(s)                                                    §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 26, 2013.  The undersigned trustee was appointed on August 26, 2013.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of      $_____1,368,758.01

         Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 115,622.23 |
| Bank service fees | 13,914.88 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

         Leaving a balance on hand of[1]     $_____1,239,220.90

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 09/28/2015 and the deadline for filing governmental claims was 09/28/2015.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $64,312.74.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $64,312.74, for a total compensation of $64,312.74.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/25/2017            By:/s/EUGENE CRANE
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-33965-PH

**Case Name:** BARSANTI WOODWORK CORPORATION

**Period Ending:** 09/25/17

**Trustee:** (330350)   EUGENE CRANE

**Filed (f) or Converted (c):** 08/26/13 (f)

**§341(a) Meeting Date:** 10/08/13

**Claims Bar Date:** 09/28/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Fraudulent transfer litigation (u)<br>   There are no assets in the Debtor's Schedules. Have filed for turnover of documents; Debtor may have transferred assets from business to new business - value unknown.  Negotiations for a settlement continue, value is unknown at this point.  Indicating a value could jeopardize litigation as of 03/31/2016. Settlement achieved among multiple defendants per Court Order 12/08/2016. Still owed $15,000<br><br>06/08/17: We abandoned the final balance of the Gereg settlement in the sum of $15,000.00 per Court Order entered today. | Unknown | 1,145,000.00 | | 1,135,000.00 | FA |
| 2 | Inventory from business premises (u)<br>   Not listed in schedules, auction sale held | Unknown | 200,000.00 | | 233,758.01 | FA |
| 2 | **Assets**    **Totals** (Excluding unknown values) | **$0.00** | **$1,345,000.00** | | **$1,368,758.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

08/02/2017: TFR filed with UST for review. (dk)

06/08/2017: MTS to abandon and pay accts approved by Court; preparing case for closing (dk)

05/17/2017: Filed MT to Pay Forensic Accountants; MT to Abandon balance of Gereg Settlement (dk)

03/31/2017: Litigation against principals, and Debtor's attorneys was settled during this period.  One defendant has not made final payment of his settlement.  The Trustee is investigating the sale of claim to third parties of the non-paying defendant.  Objection to claims are being filed and taxes will be prepared.  This case could be open for at least another year.

12/08/2016: Settlement approved by Court Order (dk)

10/06/2016: Preparation of settlement with Freeborn & Peters (dk)

09/01/2016: Order entered employing accountants (dk)

08/25/2016: Filed Motion to Pay Auctioneer Expenses; hearing on 09/08 (dk)

08/24/2016: MT filed to Employ Accountants; hearing on 09/01 (dk)

08/22/2016: Mediation held between principals/attorneys and Trustee and his counsel; settlement reached for fraudulent transfers (dk)

06/14/2016: Personal property sold at auction (dk)

03/31/2016: 401(k) plans terminated. Complaint filed regarding fraudulent transfers. Negotiating with principal and attorneys; cannot place a value on litigation as it could jeopardize litigation/negotiations. (dk)

03/31/2015: Debtor has been sent subpoenas, but has yet to turnover documents.  Motion for contempt and for other relief against  principal filed. (dk)

07/08/2014: It was discovered that the Debtor has two 401(k) plans for employees that need to be terminated.  Have contacted DOL and sent letter to Debtor's atty for more information. (dk)

03/31/2014: During this period Ttee filed motions to compel debtor to turnover documents and motion for 2004 Examination; possible fraudulent transfers. Investigation

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-33965-PH

**Case Name:** BARSANTI WOODWORK CORPORATION

**Period Ending:** 09/25/17

**Trustee:** (330350)   EUGENE CRANE

**Filed (f) or Converted (c):** 08/26/13 (f)

**§341(a) Meeting Date:** 10/08/13

**Claims Bar Date:** 09/28/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

of assets continues.  (dk)

12/17/13: Filing MT to Turnover Property and Records (dk)

12/16/13: Will file motion to employ counsel

**Initial Projected Date Of Final Report (TFR):**     December 31, 2015

**Current Projected Date Of Final Report (TFR):**     December 31, 2017

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-33965-PH
**Case Name:** BARSANTI WOODWORK CORPORATION

**Taxpayer ID #:** **-***8621
**Period Ending:** 09/25/17

**Trustee:** EUGENE CRANE (330350)
**Bank Name:** Rabobank, N.A.
**Account:** ******4566 - Freeborn & Peters Settlem
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/12/16 | {1} | Mendes Mount LLP/Citibank NA | Settlement Proceeds from Freeborn & Peters adversary Order entered on 12/08/2016 | 1241-000 | 1,110,000.00 | | 1,110,000.00 |
| 12/16/16 | {1} | Emmet T. Kelly/Fifth Third | Settlement proceeds from Freeborn & Peters adversary Complaint Court order entered 12/08/2016 | 1241-000 | 20,000.00 | | 1,130,000.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,057.54 | 1,128,942.46 |
| 01/25/17 | {1} | Cotsirilos Tighe Streicker Poulos Campbell Ltc. | Partial Settlement Proceeds from Gereg in Crane v. Kelly Adversary Complaint, Order entered 12/08/2016 | 1241-000 | 5,000.00 | | 1,133,942.46 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,960.13 | 1,131,982.33 |
| 02/03/17 | 101 | INTERNATIONAL SURETIES, LTD. | Blanket Bond Payment; bond no. 016073584 | 2300-000 | | 470.68 | 1,131,511.65 |
| 02/24/17 | {2} | The Private Bank | Balance of The Private Bank Account liquidation - interest payment | 1270-000 | 3.11 | | 1,131,514.76 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,718.10 | 1,129,796.66 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,899.31 | 1,127,897.35 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,712.96 | 1,126,184.39 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,016.13 | 1,124,168.26 |
| 06/08/17 | 102 | Gould & Pakter Associates, LLC | Payment of Fees for Forensic Accounting Services Paid per Court Order 06-08-2017 | 3410-580 | | 17,860.00 | 1,106,308.26 |
| 06/30/17 | 103 | Illinois Dept. of Revenue | Taxes for period ended December 31,2016; IL-1120-ST; approved per Court Order 06/29/2017 | 2820-000 | | 11,622.00 | 1,094,686.26 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,821.38 | 1,092,864.88 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,729.33 | 1,091,135.55 |

| | | | ACCOUNT TOTALS | | 1,135,003.11 | 43,867.56 | $1,091,135.55 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,135,003.11 | 43,867.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,135,003.11** | **$43,867.56** | |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-33965-PH
**Case Name:** BARSANTI WOODWORK CORPORATION

**Taxpayer ID #:** **-***8621
**Period Ending:** 09/25/17

**Trustee:** EUGENE CRANE (330350)
**Bank Name:** Rabobank, N.A.
**Account:** ******4567 - Funds from Private Bank
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/20/16 | | Private Bank | Wire of balance of net proceeds from auction sale; funds were held at Private Bank per Court Order 04/28/2016 | | | 199,085.35 | | 199,085.35 |
| | {2} | | Gross Proceeds from Auction Sale held at Private Bank per Court Order 04-28-16 | 233,731.00 | 1229-000 | | | 199,085.35 |
| | | | Auctioneer Expenses for Auction Sale paid per Court Order 09/08/2016 | -34,669.55 | 3620-000 | | | 199,085.35 |
| | {2} | | Interest from Private Bank on Auction Proceeds | 23.90 | 1270-000 | | | 199,085.35 |
| 12/22/16 | 101 | Pattom II, LLC | Payment in full of claim for back-rent for premises located at 3838 W. 51st Street, Chicago,IL Per Court Order entered 12/08/2016 | | 2410-000 | | 51,000.00 | 148,085.35 |

|  |  | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 199,085.35 | 51,000.00 | $148,085.35 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 199,085.35 | 51,000.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $199,085.35 | $51,000.00 | |

| Net Receipts : | 1,334,088.46 |
|---|---|
| Plus Gross Adjustments : | 34,669.55 |
| Net Estate : | $1,368,758.01 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******4566** | 1,135,003.11 | 43,867.56 | 1,091,135.55 |
| **Checking # ******4567** | 199,085.35 | 51,000.00 | 148,085.35 |
| | $1,334,088.46 | $94,867.56 | $1,239,220.90 |

{} Asset reference(s)

# Claims Proposed Distribution

## Case:  13-33965-PH   BARSANTI WOODWORK CORPORATION

**Case Balance:**  $1,239,220.90          **Total Proposed Payment:**  $1,239,220.90          **Remaining Balance:**          $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 7 | BWC Capital LLC | Secured | 982,955.73 | 0.00 | 0.00 | 0.00 | 0.00 | 1,239,220.90 |
| | **Claim Memo:**  Disallowed per Court Order on May 4, 2017 | | | | | | | |
| 11S | Federal Unemployment | Secured | 172,207.83 | 172,207.83 | 0.00 | 172,207.83 | 172,207.83 | 1,067,013.07 |
| | Clerk of U.S. Bankruptcy Court | Admin Ch.  7 | 350.00 | 350.00 | 0.00 | 350.00 | 350.00 | 1,066,663.07 |
| | <2700-00   Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| | **Claim Memo:**  For filing fees of adversary complaint no. 15-00617; Crane v. Pattom II LLC | | | | | | | |
| | Crane, Heyman, Simon, Welch & Clar | Admin Ch.  7 | 12,641.13 | 12,641.13 | 0.00 | 12,641.13 | 12,641.13 | 1,054,021.94 |
| | <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Crane, Heyman, Simon, Welch & Clar | Admin Ch.  7 | 456,219.50 | 456,219.50 | 0.00 | 456,219.50 | 456,219.50 | 597,802.44 |
| | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | EUGENE CRANE | Admin Ch.  7 | 64,312.74 | 64,312.74 | 0.00 | 64,312.74 | 64,312.74 | 533,489.70 |
| | <2100-00   Trustee Compensation> | | | | | | | |
| | Kutchins, Robbins & Diamond, Ltd. | Admin Ch.  7 | 2,065.50 | 2,065.50 | 0.00 | 2,065.50 | 2,065.50 | 531,424.20 |
| | <3410-00   Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| 18P-2 | Chicago Regional Council of Carpenters | Priority | 226,931.48 | 226,931.48 | 0.00 | 226,931.48 | 226,931.48 | 304,492.72 |
| | **Claim Memo:**  08/23/2016 Amendment 18-2 imported by DRK; original claim overwritten | | | | | | | |
| | ------------------------------------------------------------------------------------* * * | | | | | | | |
| 11P | Federal Unemployment | Priority | 1,791.90 | 1,791.90 | 0.00 | 1,791.90 | 1,791.90 | 302,700.82 |
| 14P | Illinois Department of Revenue | Priority | 113,836.18 | 113,836.18 | 0.00 | 113,836.18 | 113,836.18 | 188,864.64 |
| 28 -2 | Illinois Department of Employment Security | Priority | 74,498.53 | 74,498.53 | 0.00 | 74,498.53 | 74,498.53 | 114,366.11 |
| | **Claim Memo:**  12/02/2016 Amendment 28-2 imported by DRK; original claim didn't exist | | | | | | | |
| | ------------------------------------------------------------------------------------* * * | | | | | | | |
| 1 | US Dept of Labor for Barsanti Woodwork Corp. 401k | Unsecured | 5,778.63 | 5,778.63 | 0.00 | 5,778.63 | 625.14 | 113,740.97 |
| 2 | US Dept of Labor on behalf of | Unsecured | 910.23 | 910.23 | 0.00 | 910.23 | 98.47 | 113,642.50 |
| 3 | PEOPLES GAS LIGHT AND COKE CO | Unsecured | 11,803.44 | 11,803.44 | 0.00 | 11,803.44 | 1,276.91 | 112,365.59 |
| 4 | Carpenters Pension & Retirement Savings Funds of I | Unsecured | 5,725.00 | 5,725.00 | 0.00 | 5,725.00 | 619.34 | 111,746.25 |
| 5 | Ryder Truck Rental Inc. | Unsecured | 2,589.10 | 2,589.10 | 0.00 | 2,589.10 | 280.09 | 111,466.16 |
| 6 -2 | Trustees of the Chicago Painters and Decorators F. | Unsecured | 22,718.57 | 22,718.57 | 0.00 | 22,718.57 | 2,457.72 | 109,008.44 |
| | **Claim Memo:**  04/23/2015 Amendment 6-2 imported by DRK; original claim didn't exist | | | | | | | |
| | ------------------------------------------------------------------------------------* * * | | | | | | | |

Page: 2

# Claims Proposed Distribution

## Case: 13-33965-PH   BARSANTI WOODWORK CORPORATION

**Case Balance:** $1,239,220.90     **Total Proposed Payment:** $1,239,220.90     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 8 | Denker & Muscarello, LLC | Unsecured | 1,331.51 | 1,331.51 | 0.00 | 1,331.51 | 144.04 | 108,864.40 |
| 9 | Inpro Corporation | Unsecured | 6,800.50 | 6,800.50 | 0.00 | 6,800.50 | 735.69 | 108,128.71 |
| 10 | R & B Wagner, Inc. | Unsecured | 530.60 | 530.60 | 0.00 | 530.60 | 57.40 | 108,071.31 |
| 11U | Federal Unemployment | Unsecured | 61.99 | 61.99 | 0.00 | 61.99 | 6.71 | 108,064.60 |
| 12 | The Ironmonger Inc | Unsecured | 927.04 | 927.04 | 0.00 | 927.04 | 100.29 | 107,964.31 |
| 13 | Waste Management | Unsecured | 2,620.82 | 2,620.82 | 0.00 | 2,620.82 | 283.52 | 107,680.79 |
| 14U | Illinois Department of Revenue | Unsecured | 29,346.06 | 29,346.06 | 0.00 | 29,346.06 | 3,174.69 | 104,506.10 |
| 15 | Vector Custom Fabricating, Inc | Unsecured | 6,045.00 | 6,045.00 | 0.00 | 6,045.00 | 653.96 | 103,852.14 |
| 16 | Canon Solutions America, Inc | Unsecured | 7,536.60 | 7,536.60 | 0.00 | 7,536.60 | 815.32 | 103,036.82 |
| 17 | Illinois Bell Telephone Company | Unsecured | 934.84 | 934.84 | 0.00 | 934.84 | 101.13 | 102,935.69 |
| 18U-2 | Chicago Regional Council of Carpenters | Unsecured | 884,568.69 | 884,568.69 | 0.00 | 884,568.69 | 95,693.74 | 7,241.95 |

**Claim Memo:** 08/23/2016 Amendment 18-2 imported by DRK; original claim overwritten
-------------------------------------------------------------------------------* * *

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 19 | Crowe Horwath LLP | Unsecured | 7,500.00 | 7,500.00 | 0.00 | 7,500.00 | 811.36 | 6,430.59 |
| 20 | L-K Fire Extinguisher | Unsecured | 885.37 | 885.37 | 0.00 | 885.37 | 95.78 | 6,334.81 |
| 21 | Missouri Equipment Company | Unsecured | 21,087.30 | 21,087.30 | 0.00 | 21,087.30 | 2,281.25 | 4,053.56 |
| 22 | Barsanti Woodwork Corporation | Unsecured | 22,601.11 | 0.00 | 0.00 | 0.00 | 0.00 | 4,053.56 |

**Claim Memo:** Withdrawn by creditor 07/27/2017

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 23 | Valendrawers Inc | Unsecured | 441.17 | 441.17 | 0.00 | 441.17 | 47.73 | 4,005.83 |
| 24 | Charles Horn Lumber Co. | Unsecured | 22,801.11 | 22,801.11 | 0.00 | 22,801.11 | 2,466.65 | 1,539.18 |
| 25 | L&P Financial Services Co | Unsecured | 877.75 | 877.75 | 0.00 | 877.75 | 94.96 | 1,444.22 |
| 26 | Valendrawers Inc | Unsecured | 441.17 | 0.00 | 0.00 | 0.00 | 0.00 | 1,444.22 |

**Claim Memo:** Duplicate claim. Creditor withdrew claim 07/10/2017

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 27 | RG Construction | Unsecured | 13,350.00 | 13,350.00 | 0.00 | 13,350.00 | 1,444.22 | 0.00 |

Printed: 09/25/17 11:18 AM

# Claims Proposed Distribution

## Case:  13-33965-PH   BARSANTI WOODWORK CORPORATION

**Case Balance:** $1,239,220.90      **Total Proposed Payment:** $1,239,220.90      **Remaining Balance:**      $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 13-33965 : | | $3,188,024.12 | $2,182,026.11 | $0.00 | $2,182,026.11 | $1,239,220.90 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $535,588.87 | $535,588.87 | $0.00 | $535,588.87 | 100.000000% |
| Total Priority Claims : | $417,058.09 | $417,058.09 | $0.00 | $417,058.09 | 100.000000% |
| Total Secured Claims : | $1,155,163.56 | $172,207.83 | $0.00 | $172,207.83 | 100.000000% |
| Total Unsecured Claims : | $1,080,213.60 | $1,057,171.32 | $0.00 | $114,366.11 | 10.818125% |

**TRUSTEE'S PROPOSED DISTRIBUTION**          Exhibit D

Case No.: 13-33965-PH
Case Name: BARSANTI WOODWORK CORPORATION
Trustee Name: EUGENE CRANE

**Balance on hand:**          $          1,239,220.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | BWC Capital LLC | 982,955.73 | 0.00 | 0.00 | 0.00 |
| 11S | Federal Unemployment | 172,207.83 | 172,207.83 | 0.00 | 172,207.83 |

Total to be paid to secured creditors:   $          172,207.83
Remaining balance:   $          1,067,013.07

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 64,312.74 | 0.00 | 64,312.74 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 456,219.50 | 0.00 | 456,219.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 12,641.13 | 0.00 | 12,641.13 |
| Accountant for Trustee, Fees - Kutchins, Robbins & Diamond, Ltd. | 2,065.50 | 0.00 | 2,065.50 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

Total to be paid for chapter 7 administration expenses:   $          535,588.87
Remaining balance:   $          531,424.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $          0.00
Remaining balance:   $          531,424.20

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $417,058.09 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11P | Federal Unemployment | 1,791.90 | 0.00 | 1,791.90 |
| 14P | Illinois Department of Revenue | 113,836.18 | 0.00 | 113,836.18 |
| 18P-2 | Chicago Regional Council of Carpenters | 226,931.48 | 0.00 | 226,931.48 |
| 28 -2 | Illinois Department of Employment Security | 74,498.53 | 0.00 | 74,498.53 |

Total to be paid for priority claims:   $      417,058.09
Remaining balance:   $      114,366.11

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,057,171.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | US Dept of Labor for Barsanti Woodwork Corp. 401k | 5,778.63 | 0.00 | 625.14 |
| 2 | US Dept of Labor on behalf of | 910.23 | 0.00 | 98.47 |
| 3 | PEOPLES GAS LIGHT AND COKE CO | 11,803.44 | 0.00 | 1,276.91 |
| 4 | Carpenters Pension & Retirement Savings Funds of I | 5,725.00 | 0.00 | 619.34 |
| 5 | Ryder Truck Rental Inc. | 2,589.10 | 0.00 | 280.09 |
| 6 -2 | Trustees of the Chicago Painters and Decorators F. | 22,718.57 | 0.00 | 2,457.72 |
| 8 | Denker & Muscarello, LLC | 1,331.51 | 0.00 | 144.04 |
| 9 | Inpro Corporation | 6,800.50 | 0.00 | 735.69 |
| 10 | R & B Wagner, Inc. | 530.60 | 0.00 | 57.40 |
| 11U | Federal Unemployment | 61.99 | 0.00 | 6.71 |
| 12 | The Ironmonger Inc | 927.04 | 0.00 | 100.29 |

**UST Form 101-7-TFR (05/1/2011)**

| 13 | Waste Management | 2,620.82 | 0.00 | 283.52 |
| 14U | Illinois Department of Revenue | 29,346.06 | 0.00 | 3,174.69 |
| 15 | Vector Custom Fabricating, Inc | 6,045.00 | 0.00 | 653.96 |
| 16 | Canon Solutions America, Inc | 7,536.60 | 0.00 | 815.32 |
| 17 | Illinois Bell Telephone Company | 934.84 | 0.00 | 101.13 |
| 18U-2 | Chicago Regional Council of Carpenters | 884,568.69 | 0.00 | 95,693.74 |
| 19 | Crowe Horwath LLP | 7,500.00 | 0.00 | 811.36 |
| 20 | L-K Fire Extinguisher | 885.37 | 0.00 | 95.78 |
| 21 | Missouri Equipment Company | 21,087.30 | 0.00 | 2,281.25 |
| 22 | Barsanti Woodwork Corporation | 0.00 | 0.00 | 0.00 |
| 23 | Valendrawers Inc | 441.17 | 0.00 | 47.73 |
| 24 | Charles Horn Lumber Co. | 22,801.11 | 0.00 | 2,466.65 |
| 25 | L&P Financial Services Co | 877.75 | 0.00 | 94.96 |
| 26 | Valendrawers Inc | 0.00 | 0.00 | 0.00 |
| 27 | RG Construction | 13,350.00 | 0.00 | 1,444.22 |

Total to be paid for timely general unsecured claims:   $   114,366.11
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| | | None | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims
ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid
*pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid
in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent,
plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims
ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 0.00

**UST Form 101-7-TFR (05/1/2011)**