IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 13-33965 |
| Barsanti Woodwork Corporation, ) | Chapter 7 |
| ) | Judge Pamela S. Hollis |
| Debtor. ) | |

**CERTIFICATE OF SERVICE**

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )

    The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served either electronically or via U.S. First Class Mail on all parties listed on the attached Service List on the 27th day of September 2017, before the hour of 5:00 p.m.

                                                              /s/Eugene Crane

Eugene Crane, Esq. (Atty. Reg. #0537039)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, Illinois  60603
Phone: (312) 641-6777
Fax: (312) 641-7114

**SERVICE LIST**

*Parties served electronically:*
United States Trustee
219 S. Dearborn Street, Room 873
Chicago, IL 60604

Freeborn & Peters LLP
311 S. Wacker Dr., Ste. 3000
Chicago, IL 60606

Ashley W. Brandt
Thomas Fawkes
Goldstein & McClintock LLP
208 S. LaSalle St., Ste. 1750
Chicago, IL 60604

Scott Mendeloff
Gabriel Aizenberg
Greenberg Traurig, LLP
77 W. Wacker Drive, # 3100
Chicago, IL 60601

Chicago Regional Council of
Carpenters
c/o Christopher Muniz
Bruce Scalambrino
Scalambrino & Arnoff
One N. LaSalle St., Suite 1600
Chicago, IL 60602

Paul Kelly
c/o Anthony S. DiVincenzo
DiVincenzo Schoenfield
  Swartzman
33 N. LaSalle Street, # 2900
Chicago, IL 60602

Pattom II, LLC
c/o James E. Morgan, Esq.
Timothy S. Buckley, Esq.
L. Judson Todhunter, Esq.
Howard & Howard
200 S. Michigan Ave., # 1100
Chicago, IL 60604

BWC Capital LLC
c/o Vivek Jayaram
Jayaram Law Group Ltd
33 N. LaSalle St., Suite 2900
Chicago, IL 60602

Kutchins, Robbins & Diamond, Ltd.
Attn: Lois West
35 E. Wacker Drive, Suite 1550
Chicago, IL 60601

*Parties served via U.S. Mail*
US Dept of Labor for Barsanti
Woodwork Corp 401K
  & Union 401
Employee Benefits Security Admin
230 S. Dearborn St., Ste. 2160
Chicago, Illinois 60604

Peoples Gas Light and Coke Co.
Attn: A. Hernandez, Agent
130 E. Randolph Drive
Chicago, IL 60601

Carpenters Pension & Retirement
Savings Funds of I
c/o Cecilia M. Scanlon
Baum Sigman Auerbach &
  Neuman, Ltd.
200 W. Adams St., Ste. 2200
Chicago, IL 60606-5231

Ryder Truck Rental Inc.
Attn: Jennifer Morris
6000 Winward Parkway
Alpharetta, GA 30005

Trustees of the Chicago Painters
and Decorators F.
c/o Gregory W. Hose
Arnold and Kadjan
203 N. LaSalle St., Ste. 1650
Chicago, IL 60601

Denker & Muscarello, LLC
4N701 School Rd.
Saint Charles, IL 60175

Inpro Corporation
c/o Teller Levit Silvertrust
19 S. LaSalle St., Ste. 701
Chicago, IL 60603

R&B Wagner, Inc.
c/o Teller Levit Silvertrust
19 S. LaSalle St., Ste. 701
Chicago, IL 60603

Federal Unemployment
Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0046

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

The Ironmonger Inc.
122 West Illinois St., Ste. 4E
Chicago, IL 60654

Waste Mangement
2625 W. Grandview Rd., Ste. 160
Phoenix AZ 85023

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Vector Custom Fabricating, Inc.
2128 West Fulton St.
Chicago, IL 60612

Canon Solutions America, Inc.
5600 Broken Sound Blvd.
Boca Raton, FL 33487

Illinois Bell Telephone Company
c/o AT&T Services Inc.
Karen A. Cavagnaro-LeadParalegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921

Crowe Horwath LLP
Attn: Legal Dept.
PO Box 3697
Oak Brook, IL 60522-3697

L-K Fire Extinguisher
4016 S. Clinton Ave.
Berwyn, IL 60402

Missouri Equipment Company
2222 N. 9th St.
St. Louis, Missouri 63102

Valendrawers Inc.
PO Box 1169
Lexington, NC 27293

Charles Horn Lumber Company
4700 W. 19th St.
Cicero, IL 60804

L&P Financial Services
Attn: Megan Greninger
No. 1 Leggett Road
Carthage, MO 64836

RG Construction
936 Larch Ave.
Elmhurst, IL 60126

IL Dept. of Employment Security
33 S. State St.
Bankruptcy Unit, 10th Fl.
Chicago, IL 60603