**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Divsion DIVISION**

In re: BARSANTI WOODWORK           §   Case No. 13-33965
       CORPORATION                 §
                                   §
                                   §
       Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Eugene Crane, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $703,632.03 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $665,125.98 | | |

3) Total gross receipts of $1,368,758.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,368,758.01 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,582,955.73 | $1,155,163.56 | $172,207.83 | $172,207.83 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $665,125.98 | $665,125.98 | $665,125.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $396,351.69 | $417,058.09 | $417,058.09 | $417,058.09 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,182,190.46 | $1,080,213.60 | $1,057,171.32 | $114,366.11 |
| **TOTAL DISBURSEMENTS** | $3,161,497.88 | $3,317,561.23 | $2,311,563.22 | $1,368,758.01 |

4) This case was originally filed under chapter 7 on 08/26/2013. The case was pending for 55 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   04/03/2018         By: /s/ Eugene Crane
                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent transfer litigation | 1241-000 | $1,135,000.00 |
| INTEREST (u) | 1270-000 | $27.01 |
| Inventory from business premises | 1270-000 | $233,731.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,368,758.01** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | BWC Capital LLC | 4210-000 | $1,582,955.73 | $982,955.73 | $0.00 | $0.00 |
| 11S | Federal Unemployment | 4800-000 | $0.00 | $172,207.83 | $172,207.83 | $172,207.83 |
| | **TOTAL SECURED** | | **$1,582,955.73** | **$1,155,163.56** | **$172,207.83** | **$172,207.83** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2100-000 | NA | $64,312.74 | $64,312.74 | $64,312.74 |
| Attorney for Trustee Fees - Crane, Heyman, Simon, Welch & Clar | 3110-000 | NA | $456,219.50 | $456,219.50 | $456,219.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 3120-000 | NA | $12,641.13 | $12,641.13 | $12,641.13 |
| Auctioneer Expenses - Private Bank | 3620-000 | NA | $34,669.55 | $34,669.55 | $34,669.55 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $470.68 | $470.68 | $470.68 |
| Administrative Rent (post-petition storage fees, leases) - Pattom II, LLC | 2410-000 | NA | $51,000.00 | $51,000.00 | $51,000.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $13,914.88 | $13,914.88 | $13,914.88 |
| Other State or Local Taxes (post-petition) - Illinois Dept. of Revenue | 2820-000 | NA | $11,622.00 | $11,622.00 | $11,622.00 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 3410-000 | NA | $2,065.50 | $2,065.50 | $2,065.50 |
| Special Accountant for Trustee Fees - Gould & Pakter Associates, LLC | 3410-580 | NA | $17,860.00 | $17,860.00 | $17,860.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $665,125.98 | $665,125.98 | $665,125.98 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11P | Federal Unemployment | 5800-000 | $2,046.02 | $1,791.90 | $1,791.90 | $1,791.90 |
| 14P | Illinois Department of Revenue | 5800-000 | $108,521.00 | $113,836.18 | $113,836.18 | $113,836.18 |
| 18P-2 | Chicago Regional Council of Carpenters | 5400-000 | $18,802.71 | $226,931.48 | $226,931.48 | $226,931.48 |
| 28 -2 | Illinois Department of Employment Security | 5800-000 | $70,557.96 | $74,498.53 | $74,498.53 | $74,498.53 |
| N/F | Internal Revenue Service | 5800-000 | $196,424.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$396,351.69** | **$417,058.09** | **$417,058.09** | **$417,058.09** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | US Dept of Labor for Barsanti Woodwork Corp. 401k | 7100-000 | $0.00 | $5,778.63 | $5,778.63 | $623.82 |
| 1 | Clerk of the U.S. Bankruptcy Court - US Dept of Labor for Barsanti Woodwork Corp. 401k | 7100-001 | NA | NA | NA | $1.32 |
| 2 | US Dept of Labor on behalf of | 7100-000 | $0.00 | $910.23 | $910.23 | $53.23 |
| 2 | Clerk of the U.S. Bankruptcy Court - US Dept of Labor on behalf of | 7100-001 | NA | NA | NA | $45.24 |
| 3 | PEOPLES GAS LIGHT AND COKE CO | 7100-000 | $9,273.06 | $11,803.44 | $11,803.44 | $1,276.91 |
| 4 | Carpenters Pension & Retirement Savings Funds of IL | 7100-000 | $0.00 | $5,725.00 | $5,725.00 | $619.34 |
| 5 | Ryder Truck Rental Inc. | 7100-000 | $4,183.97 | $2,589.10 | $2,589.10 | $280.09 |
| 6 -2 | Trustees of the Chicago Painters and Decorators Fringe Benefits Fund | 7100-000 | $0.00 | $22,718.57 | $22,718.57 | $2,457.72 |
| 8 | Denker & Muscarello, LLC | 7100-000 | $926.07 | $1,331.51 | $1,331.51 | $144.04 |
| 9 | Inpro Corporation | 7100-000 | $6,639.00 | $6,800.50 | $6,800.50 | $735.69 |
| 10 | R & B Wagner, Inc. | 7100-000 | $0.00 | $530.60 | $530.60 | $57.40 |
| 11U | Federal Unemployment | 7100-000 | $0.00 | $61.99 | $61.99 | $6.71 |
| 12 | The Ironmonger Inc | 7100-000 | $927.04 | $927.04 | $927.04 | $100.29 |
| 13 | Waste Management | 7100-000 | $2,570.65 | $2,620.82 | $2,620.82 | $283.52 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 14U | Illinois Department of Revenue | 7100-000 | $22,147.34 | $29,346.06 | $29,346.06 | $3,174.69 |
| 15 | Vector Custom Fabricating, Inc | 7100-000 | $2,145.00 | $6,045.00 | $6,045.00 | $653.96 |
| 16 | Canon Solutions America, Inc | 7100-000 | $0.00 | $7,536.60 | $7,536.60 | $815.32 |
| 17 | Illinois Bell Telephone Company | 7100-000 | $0.00 | $934.84 | $934.84 | $101.13 |
| 18U-2 | Chicago Regional Council of Carpenters | 7100-000 | $352,377.29 | $884,568.69 | $884,568.69 | $95,693.74 |
| 19 | Crowe Horwath LLP | 7100-000 | $7,500.00 | $7,500.00 | $7,500.00 | $811.36 |
| 20 | L-K Fire Extinguisher | 7100-000 | $643.87 | $885.37 | $885.37 | $95.78 |
| 21 | Missouri Equipment Company | 7100-000 | $16,088.20 | $21,087.30 | $21,087.30 | $2,281.25 |
| 22 | Barsanti Woodwork Corporation | 7100-000 | $0.00 | $22,601.11 | $0.00 | $0.00 |
| 23 | Valendrawers Inc | 7100-000 | $532.41 | $441.17 | $441.17 | $47.73 |
| 24 | Charles Horn Lumber Co. | 7100-000 | $8,800.91 | $22,801.11 | $22,801.11 | $2,466.65 |
| 25 | L&P Financial Services Co | 7100-000 | $877.75 | $877.75 | $877.75 | $94.96 |
| 26 | Valendrawers Inc | 7100-000 | $0.00 | $441.17 | $0.00 | $0.00 |
| 27 | RG Construction | 7100-000 | $13,350.00 | $13,350.00 | $13,350.00 | $1,444.22 |
| N/F | A-1 Sanitary Rag Company | 7100-000 | $307.83 | NA | NA | NA |
| N/F | AAA Design, Inc. | 7100-000 | $2,050.00 | NA | NA | NA |
| N/F | AMSI, an Infor Company | 7100-000 | $6,733.13 | NA | NA | NA |
| N/F | AT&T | 7100-000 | $279.76 | NA | NA | NA |
| N/F | Adelman & Gettleman | 7100-000 | $4,326.60 | NA | NA | NA |
| N/F | Adminstrative Retiremen | 7100-000 | $1,550.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Advantage Glass | 7100-000 | $334.05 | NA | NA | NA |
| N/F | Aetna Plywood, Inc. | 7100-000 | $194.00 | NA | NA | NA |
| N/F | Affordable Cabinets | 7100-000 | $3,008.00 | NA | NA | NA |
| N/F | All Tile, Inc. | 7100-000 | $225.80 | NA | NA | NA |
| N/F | American Funds Finance and Accounting | 7100-000 | $375.00 | NA | NA | NA |
| N/F | Architectual Grille | 7100-000 | $7,666.00 | NA | NA | NA |
| N/F | Ashland Propane Inc. | 7100-000 | $295.51 | NA | NA | NA |
| N/F | Baer Supply / Wurth | 7100-000 | $10,450.31 | NA | NA | NA |
| N/F | Breaker Press Co. Inc. | 7100-000 | $808.00 | NA | NA | NA |
| N/F | Bull Sharpening | 7100-000 | $530.26 | NA | NA | NA |
| N/F | C & H Distributors | 7100-000 | $1,188.30 | NA | NA | NA |
| N/F | Century Door | 7100-000 | $1,226.40 | NA | NA | NA |
| N/F | Chicago Fireplace & Chimney | 7100-000 | $1,280.00 | NA | NA | NA |
| N/F | Chicago Tribune | 7100-000 | $679.00 | NA | NA | NA |
| N/F | Citi AT&T Universal Card Processing Center | 7100-000 | $13,913.39 | NA | NA | NA |
| N/F | Citibank AAdvantage | 7100-000 | $2,946.62 | NA | NA | NA |
| N/F | City of Chicago Department of Revenue | 7100-000 | $295.00 | NA | NA | NA |
| N/F | City of Chicago Water Management | 7100-000 | $1,630.75 | NA | NA | NA |
| N/F | Clark & Barrow | 7100-000 | $622.72 | NA | NA | NA |
| N/F | Coca-Cola Bottling Co. Lake Shore Division | 7100-000 | $345.74 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Comed | 7100-000 | $8,378.81 | NA | NA | NA |
| N/F | Commercial Interiors | 7100-000 | $664.00 | NA | NA | NA |
| N/F | Computer Network Doctor | 7100-000 | $2,499.64 | NA | NA | NA |
| N/F | Concentra Medical Center | 7100-000 | $279.03 | NA | NA | NA |
| N/F | Cushing and Company | 7100-000 | $2,508.40 | NA | NA | NA |
| N/F | Custom Brokers's Supply | 7100-000 | $495.60 | NA | NA | NA |
| N/F | Defrees & Fiske | 7100-000 | $8,171.50 | NA | NA | NA |
| N/F | Dooge Veneers Inc. | 7100-000 | $6,547.97 | NA | NA | NA |
| N/F | E Kinast / Richelieu | 7100-000 | $3,550.48 | NA | NA | NA |
| N/F | GHC Mechanical Inc. | 7100-000 | $406.44 | NA | NA | NA |
| N/F | Gene Barsanti | 7100-000 | $20,228.00 | NA | NA | NA |
| N/F | General Cutting Tools | 7100-000 | $2,650.29 | NA | NA | NA |
| N/F | Hafele America | 7100-000 | $1,578.60 | NA | NA | NA |
| N/F | Hank's Blue Print | 7100-000 | $4,379.50 | NA | NA | NA |
| N/F | Harris Equipment | 7100-000 | $380.62 | NA | NA | NA |
| N/F | Hinckley & Schmitt inc. | 7100-000 | $99.12 | NA | NA | NA |
| N/F | IDM Group | 7100-000 | $747.02 | NA | NA | NA |
| N/F | Institutional Equipment | 7100-000 | $150.99 | NA | NA | NA |
| N/F | Knoll Textiles | 7100-000 | $828.18 | NA | NA | NA |
| N/F | La Force | 7100-000 | $3,046.00 | NA | NA | NA |
| N/F | Leonard V. Stutz Plumbing & Heating | 7100-000 | $114.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Leyden L.S. Inc. | 7100-000 | $359.00 | NA | NA | NA |
| N/F | M.J. Millwork Inc. | 7100-000 | $1,035.40 | NA | NA | NA |
| N/F | Macke Water System | 7100-000 | $575.42 | NA | NA | NA |
| N/F | Mailfinance | 7100-000 | $1,803.42 | NA | NA | NA |
| N/F | Metal Creations Inc. | 7100-000 | $1,506.94 | NA | NA | NA |
| N/F | Midwest Saw, Inc. | 7100-000 | $84.50 | NA | NA | NA |
| N/F | Midwest Time Recorder Inc. | 7100-000 | $1,255.79 | NA | NA | NA |
| N/F | Moulding & Millwork | 7100-000 | $2,619.60 | NA | NA | NA |
| N/F | National Pump & Compress | 7100-000 | $348.00 | NA | NA | NA |
| N/F | Oce-USA, Inc. | 7100-000 | $2,717.30 | NA | NA | NA |
| N/F | Office Depot Credit Plan | 7100-000 | $179.82 | NA | NA | NA |
| N/F | Parkwood Chicago Inc. | 7100-000 | $9,875.00 | NA | NA | NA |
| N/F | Paul Kelly | 7100-000 | $519,105.23 | NA | NA | NA |
| N/F | Penske Truck Leasing | 7100-000 | $7,460.90 | NA | NA | NA |
| N/F | Premier Plywood | 7100-000 | $9,474.15 | NA | NA | NA |
| N/F | Quill Corporation | 7100-000 | $502.02 | NA | NA | NA |
| N/F | R.S. Bacon Veneer | 7100-000 | $970.92 | NA | NA | NA |
| N/F | Rajack Hardware | 7100-000 | $62.00 | NA | NA | NA |
| N/F | S.E. Leite & Company | 7100-000 | $1,300.00 | NA | NA | NA |
| N/F | SCM Group | 7100-000 | $405.46 | NA | NA | NA |
| N/F | Safety-Kleen Corporation | 7100-000 | $613.87 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Sherwin-Williams | 7100-000 | $9,436.44 | NA | NA | NA |
| N/F | Spannuth Boiler | 7100-000 | $285.00 | NA | NA | NA |
| N/F | Springer Blueprint | 7100-000 | $2,098.00 | NA | NA | NA |
| N/F | Sprint | 7100-000 | $746.57 | NA | NA | NA |
| N/F | Sprint | 7100-000 | $10.26 | NA | NA | NA |
| N/F | Steiner Electric Co. | 7100-000 | $223.88 | NA | NA | NA |
| N/F | Stevens Supply Co. Inc. | 7100-000 | $2,779.16 | NA | NA | NA |
| N/F | Strut & Supply, Inc. | 7100-000 | $410.39 | NA | NA | NA |
| N/F | Tensator Inc. | 7100-000 | $789.60 | NA | NA | NA |
| N/F | Tesko | 7100-000 | $12,723.00 | NA | NA | NA |
| N/F | The Home Depot | 7100-000 | $2,897.30 | NA | NA | NA |
| N/F | The Lee Quigley Company | 7100-000 | $3,040.00 | NA | NA | NA |
| N/F | The Maiman Company | 7100-000 | $1,166.00 | NA | NA | NA |
| N/F | US Messenger & Logistics | 7100-000 | $345.67 | NA | NA | NA |
| N/F | W.W. Grainger Inc. | 7100-000 | $515.03 | NA | NA | NA |
| N/F | Wagner (J.G. Braun) | 7100-000 | $2,520.50 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,182,190.46** | **$1,080,213.60** | **$1,057,171.32** | **$114,366.11** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 13-33965 | Trustee Name: | (330350) Eugene Crane |
|---|---|---|---|
| Case Name: | BARSANTI WOODWORK CORPORATION | Date Filed (f) or Converted (c): | 08/26/2013 (f) |
| | | § 341(a) Meeting Date: | 10/08/2013 |
| For Period Ending: | 04/03/2018 | Claims Bar Date: | 09/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  Fraudulent transfer litigation (u)<br><br>There are no assets in the Debtor's Schedules. Have filed for turnover of documents; Debtor may have transferred assets from business to new business - value unknown. Negotiations for a settlement continue, value is unknown at this point. Indicating a value could jeopardize litigation as of 03/31/2016. Settlement achieved among multiple defendants per Court Order 12/08/2016. Still owed $15,000<br><br>06/08/17: We abandoned the final balance of the Gereg settlement in the sum of $15,000.00 per Court Order entered today. | Unknown | 1,145,000.00 | | 1,135,000.00 | FA |
| 2  Inventory from business premises (u)<br>Not listed in schedules, auction sale held | Unknown | 200,000.00 | | 233,758.01 | FA |
| **2  Assets Totals (Excluding unknown values)** | **$0.00** | **$1,345,000.00** | | **$1,368,758.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/10/2017: Filed Amended NFR; Judge needed to change date to Nov. 8th at 10:30am (dk)
09/28/2017: TFR filed with Court; Final Hearing set 11/02 at 10:30am (dk)
08/02/2017: TFR filed with UST for review. (dk)
06/08/2017: MTS to abandon and pay accts approved by Court; preparing case for closing (dk)
05/17/2017: Filed MT to Pay Forensic Accountants; MT to Abandon balance of Gereg Settlement (dk)
03/31/2017: Litigation against principals, and Debtor's attorneys was settled during this period. One defendant has not made final payment of his settlement. The Trustee is investigating the sale of claim to third parties of the non-paying defendant. Objection to claims are being filed and taxes will be prepared. This case could be open for at least another year.
12/08/2016: Settlement approved by Court Order (dk)
10/06/2016: Preparation of settlement with Freeborn & Peters (dk)
09/01/2016: Order entered employing accountants (dk)
08/25/2016: Filed Motion to Pay Auctioneer Expenses; hearing on 09/08 (dk)
08/24/2016: MT filed to Employ Accountants; hearing on 09/01 (dk)
08/22/2016: Mediation held between principals/attorneys and Trustee and his counsel; settlement reached for fraudulent transfers (dk)
06/14/2016: Personal property sold at auction (dk)
03/31/2016: 401(k) plans terminated. Complaint filed regarding fraudulent transfers. Negotiating with principal and attorneys; cannot place a value on litigation as it could jeopardize litigation/negotiations. (dk)
03/31/2015: Debtor has been sent subpoenas, but has yet to turnover documents. Motion for contempt and for other relief against principal filed. (dk)
07/08/2014: It was discovered that the Debtor has two 401(k) plans for employees that need to be terminated. Have contacted DOL and sent letter to Debtor's atty for more information. (dk)
03/31/2014: During this period Ttee filed motions to compel debtor to turnover documents and motion for 2004 Examination; possible fraudulent transfers. Investigation of assets continues. (dk)
12/17/13: Filing MT to Turnover Property and Records (dk)
12/16/13: Will file motion to employ counsel

| Initial Projected Date Of Final Report (TFR): 12/31/2015 | Current Projected Date Of Final Report (TFR): 09/26/2017 (Actual) |
|---|---|

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9

Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 13-33965 | Trustee Name: | Eugene Crane (330350) |
| --- | --- | --- | --- |
| Case Name: | BARSANTI WOODWORK CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8621 | Account #: | ******4566 Freeborn & Peters Settlem |
| For Period Ending: | 04/03/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/12/16 | {1} | Mendes Mount LLP/Citibank NA | Settlement Proceeds from Freeborn & Peters adversary Order entered on 12/08/2016 | 1241-000 | 1,110,000.00 |  | 1,110,000.00 |
| 12/16/16 | {1} | Emmet T. Kelly/Fifth Third | Settlement proceeds from Freeborn & Peters adversary Complaint Court order entered 12/08/2016 | 1241-000 | 20,000.00 |  | 1,130,000.00 |
| 12/30/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 1,057.54 | 1,128,942.46 |
| 01/25/17 | {1} | Cotsirilos Tighe Streicker Poulos Campbell Ltc. | Partial Settlement Proceeds from Gereg in Crane v. Kelly Adversary Complaint, Order entered 12/08/2016 | 1241-000 | 5,000.00 |  | 1,133,942.46 |
| 01/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 1,960.13 | 1,131,982.33 |
| 02/03/17 | 101 | INTERNATIONAL SURETIES, LTD. | Blanket Bond Payment; bond no. 016073584 | 2300-000 |  | 470.68 | 1,131,511.65 |
| 02/24/17 | Int | The Private Bank | Balance of The Private Bank Account liquidation - interest payment | 1270-000 | 3.11 |  | 1,131,514.76 |
| 02/28/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 1,718.10 | 1,129,796.66 |
| 03/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 1,899.31 | 1,127,897.35 |
| 04/28/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 1,712.96 | 1,126,184.39 |
| 05/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 2,016.13 | 1,124,168.26 |
| 06/08/17 | 102 | Gould & Pakter Associates, LLC | Payment of Fees for Forensic Accounting Services Paid per Court Order 06-08-2017 | 3410-580 |  | 17,860.00 | 1,106,308.26 |
| 06/30/17 | 103 | Illinois Dept. of Revenue | Taxes for period ended December 31,2016; IL-1120-ST; approved per Court Order 06/29/2017 | 2820-000 |  | 11,622.00 | 1,094,686.26 |
| 06/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 1,821.38 | 1,092,864.88 |
| 07/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 1,729.33 | 1,091,135.55 |
| 11/06/17 |  | To Account #******4566 | Transfer funds to close account and make distribution | 9999-000 | 148,085.35 |  | 1,239,220.90 |
| 11/08/17 | 104 | Federal Unemployment | Distribution payment - Dividend paid at 100.00% of $172,207.83; Claim # 11S; TIN#36-2998621; Form 941 tax period 03/31/2012 WT-FICA | 4800-000 |  | 172,207.83 | 1,067,013.07 |
| 11/08/17 | 105 | Crane, Heyman, Simon, Welch & Clar | Distribution payment - Dividend paid at 100.00% of $12,641.13; Claim # AE; Filed: $12,641.13 | 3120-000 |  | 12,641.13 | 1,054,371.94 |

Page Subtotals:    $1,283,088.46    $228,716.52

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-33965 | Trustee Name: | Eugene Crane (330350) |
| --- | --- | --- | --- |
| Case Name: | BARSANTI WOODWORK CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8621 | Account #: | ******4566 Freeborn & Peters Settlem |
| For Period Ending: | 04/03/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/08/17 | 106 | EUGENE CRANE | Distribution payment - Dividend paid at 100.00% of $64,312.74; Claim # FEE; Filed: $64,312.74 | 2100-000 | | 64,312.74 | 990,059.20 |
| 11/08/17 | 107 | Kutchins, Robbins & Diamond, Ltd. | Distribution payment - Dividend paid at 100.00% of $2,065.50; Claim # ; Filed: $2,065.50 | 3410-000 | | 2,065.50 | 987,993.70 |
| 11/08/17 | 108 | Clerk of U.S. Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $350.00; Claim # ; Filed: $350.00 | 2700-000 | | 350.00 | 987,643.70 |
| 11/08/17 | 109 | Crane, Heyman, Simon, Welch & Clar | Distribution payment - Dividend paid at 100.00% of $456,219.50; Claim # ; Filed: $456,219.50 | 3110-000 | | 456,219.50 | 531,424.20 |
| 11/08/17 | 110 | Chicago Regional Council of Carpenters | Distribution payment - Dividend paid at 100.00% of $226,931.48; Claim # 18P-2; Filed: $226,931.48 | 5400-000 | | 226,931.48 | 304,492.72 |
| 11/08/17 | 111 | Federal Unemployment | Distribution payment - Dividend paid at 100.00% of $1,791.90; Claim # 11P; Filed: $1,791.90; TIN#36-2998621; 941 Form tax period 12/31/2012 FUTA | 5800-000 | | 1,791.90 | 302,700.82 |
| 11/08/17 | 112 | Illinois Department of Revenue | Distribution payment - Dividend paid at 100.00% of $113,836.18; Claim # 14P; Filed: $113,836.18; TIN#36-2998621 | 5800-000 | | 113,836.18 | 188,864.64 |
| 11/08/17 | 113 | Illinois Department of Employment Security | Distribution payment - Dividend paid at 100.00% of $74,498.53; Claim # 28 -2; Filed: $74,498.53; FEIN 36-2998621; Acct ending 3121 | 5800-000 | | 74,498.53 | 114,366.11 |
| 11/08/17 | 114 | US Dept of Labor for Barsanti Woodwork Corp. 401k | Distribution payment - Dividend paid at 10.82% of $5,778.63; Claim # 1; Filed: $5,778.63 Voided on 11/08/2017 | 7100-004 | | 625.14 | 113,740.97 |
| 11/08/17 | 114 | US Dept of Labor for Barsanti Woodwork Corp. 401k | Distribution payment - Dividend paid at 10.82% of $5,778.63; Claim # 1; Filed: $5,778.63 Voided: check issued on 11/08/2017 | 7100-004 | | -625.14 | 114,366.11 |
| 11/08/17 | 115 | US Dept of Labor on behalf of | Distribution payment - Dividend paid at 10.82% of $910.23; Claim # 2; Filed: $910.23 Voided on 11/08/2017 | 7100-004 | | 98.47 | 114,267.64 |
| 11/08/17 | 115 | US Dept of Labor on behalf of | Distribution payment - Dividend paid at 10.82% of $910.23; Claim # 2; Filed: $910.23 Voided: check issued on 11/08/2017 | 7100-004 | | -98.47 | 114,366.11 |
| 11/08/17 | 116 | PEOPLES GAS LIGHT AND COKE CO | Distribution payment - Dividend paid at 10.82% of $11,803.44; Claim # 3; Filed: $11,803.44; Acct #05000 6508 2719 | 7100-000 | | 1,276.91 | 113,089.20 |
| 11/08/17 | 117 | Carpenters Pension & Retirement Savings Funds of IL | Distribution payment - Dividend paid at 10.82% of $5,725.00; Claim # 4; Filed: $5,725.00 | 7100-000 | | 619.34 | 112,469.86 |
| | | | **Page Subtotals:** | | **$0.00** | **$941,902.08** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                                                                    ! - transaction has not been cleared

Form 2

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 13-33965 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | BARSANTI WOODWORK CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8621 | Account #: | ******4566 Freeborn & Peters Settlem |
| For Period Ending: | 04/03/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/08/17 | 118 | Ryder Truck Rental Inc. | Distribution payment - Dividend paid at 10.82% of $2,589.10; Claim # 5; Filed: $2,589.10 | 7100-000 | | 280.09 | 112,189.77 |
| 11/08/17 | 119 | Trustees of the Chicago Painters and Decorators Fringe Benefits Fund | Distribution payment - Dividend paid at 10.82% of $22,718.57; Claim # 6 -2; Filed: $22,718.57 Voided on 11/28/2017 | 7100-004 | | 2,457.72 | 109,732.05 |
| 11/08/17 | 120 | Denker & Muscarello, LLC | Distribution payment - Dividend paid at 10.82% of $1,331.51; Claim # 8; Filed: $1,331.51 | 7100-000 | | 144.04 | 109,588.01 |
| 11/08/17 | 121 | Inpro Corporation | Distribution payment - Dividend paid at 10.82% of $6,800.50; Claim # 9; Filed: $6,800.50 | 7100-000 | | 735.69 | 108,852.32 |
| 11/08/17 | 122 | R & B Wagner, Inc. | Distribution payment - Dividend paid at 10.82% of $530.60; Claim # 10; Filed: $530.60 | 7100-000 | | 57.40 | 108,794.92 |
| 11/08/17 | 123 | Federal Unemployment | Distribution payment - Dividend paid at 10.82% of $61.99; Claim # 11U; Filed: $61.99; TIN#36-2998621; 941 Form tax period 12/31/2012 Penalty | 7100-000 | | 6.71 | 108,788.21 |
| 11/08/17 | 124 | The Ironmonger Inc | Distribution payment - Dividend paid at 10.82% of $927.04; Claim # 12; Filed: $927.04 | 7100-000 | | 100.29 | 108,687.92 |
| 11/08/17 | 125 | Waste Management | Distribution payment - Dividend paid at 10.82% of $2,620.82; Claim # 13; Filed: $2,620.82 | 7100-000 | | 283.52 | 108,404.40 |
| 11/08/17 | 126 | Illinois Department of Revenue | Distribution payment - Dividend paid at 10.82% of $29,346.06; Claim # 14U; Filed: $29,346.06; TIN#36-2998621 | 7100-000 | | 3,174.69 | 105,229.71 |
| 11/08/17 | 127 | Vector Custom Fabricating, Inc | Distribution payment - Dividend paid at 10.82% of $6,045.00; Claim # 15; Filed: $6,045.00 | 7100-000 | | 653.96 | 104,575.75 |
| 11/08/17 | 128 | Canon Solutions America, Inc | Distribution payment - Dividend paid at 10.82% of $7,536.60; Claim # 16; Filed: $7,536.60 | 7100-000 | | 815.32 | 103,760.43 |
| 11/08/17 | 129 | Illinois Bell Telephone Company | Distribution payment - Dividend paid at 10.82% of $934.84; Claim # 17; Filed: $934.84 | 7100-000 | | 101.13 | 103,659.30 |
| 11/08/17 | 130 | Chicago Regional Council of Carpenters | Distribution payment - Dividend paid at 10.82% of $884,568.69; Claim # 18U-2; Filed: $884,568.69 | 7100-000 | | 95,693.74 | 7,965.56 |
| 11/08/17 | 131 | Crowe Horwath LLP | Distribution payment - Dividend paid at 10.82% of $7,500.00; Claim # 19; Filed: $7,500.00; Acct #xxxx4209 | 7100-000 | | 811.36 | 7,154.20 |
| 11/08/17 | 132 | L-K Fire Extinguisher | Distribution payment - Dividend paid at 10.82% of $885.37; Claim # 20; Filed: $885.37 | 7100-000 | | 95.78 | 7,058.42 |
| 11/08/17 | 133 | Missouri Equipment Company | Distribution payment - Dividend paid at 10.82% of $21,087.30; | 7100-000 | | 2,281.25 | 4,777.17 |

Page Subtotals: $0.00   $107,692.69

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 13-33965 | | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|---|
| Case Name: | BARSANTI WOODWORK CORPORATION | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8621 | | Account #: | ******4566 Freeborn & Peters Settlem |
| For Period Ending: | 04/03/2018 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claim # 21; Filed: $21,087.30 | | | | |
| 11/08/17 | 134 | Valendrawers Inc | Distribution payment - Dividend paid at 10.82% of $441.17; Claim # 23; Filed: $441.17 | 7100-000 | | 47.73 | 4,729.44 |
| 11/08/17 | 135 | Charles Horn Lumber Co. | Distribution payment - Dividend paid at 10.82% of $22,801.11; Claim # 24; Filed: $22,801.11 | 7100-000 | | 2,466.65 | 2,262.79 |
| 11/08/17 | 136 | L&P Financial Services Co | Distribution payment - Dividend paid at 10.82% of $877.75; Claim # 25; Filed: $877.75 | 7100-000 | | 94.96 | 2,167.83 |
| 11/08/17 | 137 | RG Construction | Distribution payment - Dividend paid at 10.82% of $13,350.00; Claim # 27; Filed: $13,350.00l; acct#xxxx5784 | 7100-000 | | 1,444.22 | 723.61 |
| 11/09/17 | 138 | Thomas Barsanti | Distribution payment: Dividend paid, Claim no. 2 filed by DOL - Barsanti Union 401(k) Plan Participant Allocation Stopped on 02/14/2018 | 7100-005 | | 45.24 | 678.37 |
| 11/09/17 | 139 | Nediljko Lisnic | Distribution payment: Dividend paid, Claim no. 2 filed by DOL - Barsanti Union 401(k) Plan Participant Allocation | 7100-000 | | 4.58 | 673.79 |
| 11/09/17 | 140 | Thomas P. Smyth | Distribution payment: Dividend paid, Claim no. 2 filed by DOL - Barsanti Union 401(k) Plan Participant Allocation | 7100-000 | | 4.58 | 669.21 |
| 11/09/17 | 141 | Mike Swiontek | Distribution payment: Dividend paid, Claim no. 2 filed by DOL - Barsanti Union 401(k) Plan Participant Allocation | 7100-000 | | 44.07 | 625.14 |
| 11/15/17 | 142 | Thomas Barsanti | Distribution payment: Dividend paid, Claim no. 1 filed by DOL - Barsanti 401(k) Plan Participant Allocation Stopped on 02/14/2018 | 7100-005 | | 0.03 | 625.11 |
| 11/15/17 | 143 | Mike Swiontek | Distribution payment: Dividend paid, Claim no. 1 filed by DOL - Barsanti 401(k) Plan Participant Allocation | 7100-000 | | 0.03 | 625.08 |
| 11/15/17 | 144 | Timothy Chmura | Distribution: Dividend Paid; DOL claim no. 1; Barsanti 401(k) Plan Participant Allocation | 7100-000 | | 0.03 | 625.05 |
| 11/16/17 | 145 | Amancio Diaz | Distribution: Dividend paid DOL claim no. 1; Allocation to Barsanti 401(k) Plan participant | 7100-000 | | 120.07 | 504.98 |
| 11/16/17 | 146 | Edward Jung | Distribution: Dividend paid DOL claim no. 1; Allocation to Barsanti 401(k) Plan participant | 7100-000 | | 57.22 | 447.76 |
| 11/16/17 | 147 | Paul Kelly | Distribution: Dividend paid DOL claim no. 1; Allocation to Barsanti 401(k) Plan participant | 7100-000 | | 283.22 | 164.54 |

**Page Subtotals:** $0.00    $4,612.63

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| Case No.: | 13-33965 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | BARSANTI WOODWORK CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8621 | Account #: | ******4566 Freeborn & Peters Settlem |
| For Period Ending: | 04/03/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/16/17 | 148 | Juan Marquez | Distribution: Dividend paid DOL claim no. 1; Allocation to Barsanti 401(k) Plan participant Stopped on 02/14/2018 | 7100-005 | | 1.29 | 163.25 |
| 11/16/17 | 149 | Savina D. Taneva-Tzankova | Distribution: Dividend paid DOL claim no. 1; Allocation to Barsanti 401(k) Plan participant | 7100-000 | | 163.25 | 0.00 |
| 11/28/17 | 119 | Trustees of the Chicago Painters and Decorators Fringe Benefits Fund | Distribution payment - Dividend paid at 10.82% of $22,718.57; Claim # 6 -2; Filed: $22,718.57 Voided: check issued on 11/08/2017 | 7100-004 | | -2,457.72 | 2,457.72 |
| 11/28/17 | 150 | Trustees of the Chicago Painters&Decorators Fringe Benefits Fund | Distribution payment - Dividend paid at 10.82% of $22,718.57; Claim # 6 -2; Filed: $22,718.57 | 7100-000 | | 2,457.72 | 0.00 |
| 02/14/18 | 138 | Thomas Barsanti | Distribution payment: Dividend paid, Claim no. 2 filed by DOL - Barsanti Union 401(k) Plan Participant Allocation Stopped: check issued on 11/09/2017 | 7100-005 | | -45.24 | 45.24 |
| 02/14/18 | 142 | Thomas Barsanti | Distribution payment: Dividend paid, Claim no. 1 filed by DOL - Barsanti 401(k) Plan Participant Allocation Stopped: check issued on 11/15/2017 | 7100-005 | | -0.03 | 45.27 |
| 02/14/18 | 148 | Juan Marquez | Distribution: Dividend paid DOL claim no. 1; Allocation to Barsanti 401(k) Plan participant Stopped: check issued on 11/16/2017 | 7100-005 | | -1.29 | 46.56 |
| 02/26/18 | 151 | Clerk of the U.S. Bankruptcy Court | Unclaimed Funds: DOL Claim 1: Thomas Barsanti $0.03,Juan Marquez $1.29; DOL Claim 2 for Thomas Barsanti $45.24 | | | 46.56 | 0.00 |
| | | | Unclaimed Funds $1.32 | 7100-001 | | | 0.00 |
| | | | Unclaimed Funds $45.24 | 7100-001 | | | 0.00 |
| | | **COLUMN TOTALS** | | | 1,283,088.46 | 1,283,088.46 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 148,085.35 | 0.00 | |
| | | | **Subtotal** | | 1,135,003.11 | 1,283,088.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,135,003.11** | **$1,283,088.46** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 6

## Cash Receipts And Disbursements Record

| Case No.: | 13-33965 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | BARSANTI WOODWORK CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8621 | Account #: | ******4567 Funds from Private Bank |
| For Period Ending: | 04/03/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/20/16 | | Private Bank | Wire of balance of net proceeds from auction sale; funds were held at Private Bank per Court Order 04/28/2016 | | 199,085.35 | | 199,085.35 |
| | {2} | | Gross Proceeds from Auction Sale held at Private Bank per Court Order 04-28-16  $233,731.00 | 1229-000 | | | 199,085.35 |
| | {2} | | Interest from Private Bank on Auction Proceeds  $23.90 | 1270-000 | | | 199,085.35 |
| | | | Auctioneer Expenses for Auction Sale paid per Court Order 09/08/2016  -$34,669.55 | 3620-000 | | | 199,085.35 |
| 12/22/16 | 101 | Pattom II, LLC | Payment in full of claim for back-rent for premises located at 3838 W. 51st Street, Chicago,IL Per Court Order entered 12/08/2016 | 2410-000 | | 51,000.00 | 148,085.35 |
| 11/06/17 | | To Account #******4566 | Transfer funds to close account and make distribution | 9999-000 | | 148,085.35 | 0.00 |
| | | **COLUMN TOTALS** | | | 199,085.35 | 199,085.35 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 148,085.35 | |
| | | **Subtotal** | | | 199,085.35 | 51,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$199,085.35** | **$51,000.00** | |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 7

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 13-33965 | **Trustee Name:** | Eugene Crane (330350) |
| **Case Name:** | BARSANTI WOODWORK CORPORATION | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8621 | **Account #:** | ******4567 Funds from Private Bank |
| **For Period Ending:** | 04/03/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $1,334,088.46 |
| Plus Gross Adjustments: | $34,669.55 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,368,758.01 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4566 Freeborn & Peters Settlem | $1,135,003.11 | $1,283,088.46 | $0.00 |
| ******4567 Funds from Private Bank | $199,085.35 | $51,000.00 | $0.00 |
| | **$1,334,088.46** | **$1,334,088.46** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)